# HEIDEMAN
# NUDELMAN
# KALIK, PC

1146 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036
TELEPHONE 202.463.1818
TELEFAX 202.463.2999
www.hnklaw.com
attorneys@hnklaw.com

July 21, 2006

BY HAND

Nancy Mayer-Whittington
Clerk, United States District Court
 for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

> RE: *Estate of John Buonocore III, et al. v. Great Socialist People's Libyan Arab Jamahiriya, et al.*, Civil Action No. 06-00727 (GK)

Dear Ms. Mayer-Whittington:

Per the provisions of 28 U.S.C. § 1608(a)(3), we are requesting the Clerk's Office to "address[] and dispatch[]" the enclosed "summons and complaint and notice of suit, together with a translation of each . . . to the head of the ministry of foreign affairs of the foreign state concerned." In this matter, the foreign states concerned are the Great Socialist People's Libyan Arab Jamahiriya ("Libya") and the Syrian Arab Republic ("Syria"). Service under §1608(a)(3) is appropriate at this time as there is no "special arrangement" and no "applicable international convention on service of judicial documents" with either Libya or Syria. 28 U.S.C. §1608 (a)(1) and (2).

Enclosed are the nine summonses in this case addressed to each of the defendants in the above referenced civil action. Each summons is translated into Arabic, the official language of Libya and Syria. Also enclosed with each summons is a copy of the Complaint (in English and Arabic), a copy of the Notice of Suit (in Arabic) and a copy of the administrative documents (in English and Arabic).

We understand that after you have assembled the requisite documents and attached international return receipt notices, you will return the package of documents to us for transmission to the defendants. Please call me at 202.463.1818 when the package is ready and we will pick it up. Please also notify me when service is made on the Ministry of Foreign Affairs of Libya and the Ministry of Foreign Affairs of Syria.

**RECEIVED**

JUL 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MEMBERS OF THE FIRM ARE
LICENSED TO PRACTICE IN VARIOUS JURISDICTIONS INCLUDING:

DISTRICT OF COLUMBIA • INDIANA • KENTUCKY • MARYLAND • MISSOURI • NEW JERSEY • NEW YORK • WYOMING • ISRAEL

If you have any questions, please feel free to contact me. Thank you for your assistance.

Sincerely,

*Faye N. Eisen* (signature)

Faye N. Eisen

Enclosures