CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ESTATE OF JOHN BUONOCORE III, et al.
Plaintiff(s)

vs.                                      Civil Action No.: 06-727 (GK)

GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the 26th day of July, 20 06, I mailed:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by DHL, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

Rcvd AWB 889566 9031
Rcvd AWB 889566 2904
Rcvd AWB 88957 21450
Rcvd AWB 8895724 1165

DHL Express
1808 Eye St NW
Washington D.C 20006

*signature*
Mark Bruns

26 Jul 06
12:29

**RECEIVED**

JUL 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Continue

Print page
Print later

Help print



— — — — — — — — — — — Please fold or cut in half — — — — — — — — —

## DO NOT PHOTOCOPY
Using a photocopy could delay the delivery of your package and will result in additional shipping charge

**SENDER'S RECEIPT**
Waybill #:        8895721450

To(Company):
    Libyan Ministry of Foreign Affairs

    November 7 Street

    Tripoli,
    LIBYA

Attention To:    Abd al-Rahman Shalqam
Phone#:          218-340-0461

Sent By:         Clerk of Court
Phone#:          202.354.3000

Rate Estimate:   153.11
Protection:      Not Required
Description:     Complaints for service under
                 28 USC 1608(a)(3)
Customs Value:   0.00
Weight (lbs.):   5
Dimensions:      0 x 0 x 0

Ship Ref:        06-cv-727 (GK)
Service Level:   International Express   (Est. delivery is within two business days of arrival in destination country)
Special Svc:

Date Printed:    7/27/2006
Bill Shipment To: Sender
Bill To Acct:    776728584

DHL Signature (optional) _____ Route _____ Date _____ Time _____

For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL

Print this page    Print later                                                        Continue



Contact Us | Sitemap



DHL USA Home    DHL Global

# Track results detail

**Welcome back, Richard Heideman**

- View DHL.com profile
- View Online Billing account

- Logout

## Tracking results detail for 8895721450

▶ Help

### Tracking summary

| Current Status | 🚚 Transit through sort facility. |

Get delivery notification ▶

**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service



### Tracking history

▶ Help

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/27/2006 | 1:26 am | Transit through sort facility. | Wilmington, OH |
| 7/26/2006 | 8:30 pm | Departing origin. | Arlington, VA |
| | 8:30 pm | Picked Up by DHL. | |

**Ship From:**
US DISTRICT COURT, D. OF
Washington, DC  20036
United States

**Ship To:**
Tripoli, Libya

**Shipment Information:**
Ship date: 7/26/2006
Pieces: 1
Total weight: 5 lbs *

Ship Type: Document
Shipment Reference: 06-CV-727 (GK)
Service: International Express
Special Service:
Description: COMPLAINTS FOR SERVICE UNDER 28 USC 1608

Attention:
US DISTRICT COURT, D. OF

Attention:

Tracking detail provided by DHL: 7/27/2006, 9:34:08 am pt.

Track new shipment ▶

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2006 DHL International, Ltd. All Rights Reserved.



**Continue**

Print page
Print later

Help print



— — — — — — — — — — — Please fold or cut in half — — — — — — — — — — —
## DO NOT PHOTOCOPY
Using a photocopy could delay the delivery of your package and will result in additional shipping charge

For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL

Print this page    Print later                                                    Continue

DHL: Track results summary
Case 1:06-cv-00727-GK   Document 3   Filed 07/26/2006   Page 6 of 8
Page 1 of 1

Contact Us | Sitemap



Ship | Track | Services | About DHL | Help

DHL USA Home   DHL Global



**Welcome back, Richard Heideman**

▶ View DHL.com profile
▶ View Online Billing account

▶ Logout

**Track**

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service



# Track results detail

## Tracking results detail for 8895662904

▶ Help

**Tracking summary**

Current Status          Departing origin.

Get delivery notification ▶

**Tracking history**                                                                                    ▶ Help

| Date and Time | Status | Location |
|---|---|---|
| 7/26/2006  8:29 pm | Departing origin. | Arlington, VA |
| 8:29 pm | Picked Up by DHL. | |

**Ship From:**
US DISTRICT COURT, D. OF
Washington, DC  20036
United States

**Ship To:**
Damascus, Syria

**Shipment Information:**
Ship date: 7/26/2006
Pieces: 1
Total weight: 3 lbs *
Ship Type: Document
Shipment Reference: 06-CV-727 (GK)
Service: International Express
Special Service:
Description: COMPLAINTS FOR SERVICE UNDER 28 USC 1608

**Attention:**
US DISTRICT COURT, D. OF

**Attention:**

Tracking detail provided by DHL: 7/27/2006, 9:34:59 am pt.

Track new shipment ▶

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2006 DHL International, Ltd. All Rights Reserved.

# Shipment Detail Report

HLNK LAW PC
Account Number(s):776728584
Date Range of Report: 7/26/2006 - 7/27/2006
Login ID: HLNKLAW
Day End Cutoff - 9:00:00 PM (local time for each account)

| DOM/INTL* | Account Number; Login ID | Shipment Number; Invoice Number; Ship Date; Sent By | Shipment Reference | Receiver Information | Billing Information | Shipment Information | Est. Freight Chgs**; Consol Code |
|---|---|---|---|---|---|---|---|
| INTL | 776728584 HLNKLAW | Shipment #: 8895724165 Invoice #: 26 July 2006 Sent By: Clerk of Court | 06-cv-731 (GK) | Libyan Ministry of Foreign Affairs November 7 Street Tripoli, LIBYA 218-340-0461 Attn To: Abd al-Rahman Shalqam | Bill Shipment To: Sender Acct: 776728584 Bill Duty/Tax/Fees To: Receiver | Weight: 5 Lbs Description: Complaints for service under 28 USC 1608(a)(3) Customs Value: $0.00 DIMS: 0x0x0 Piece Count: 1 Svc Type: International Express Asset Protection Amount:$0.00 | $129.75 $23.36 -------- $153.11 |
| INTL | 776728584 HLNKLAW | Shipment #: 8895721450 Invoice #: 26 July 2006 Sent By: Clerk of Court | 06-cv-727 (GK) | Libyan Ministry of Foreign Affairs November 7 Street Tripoli, LIBYA 218-340-0461 Attn To: Abd al-Rahman Shalqam | Bill Shipment To: Sender Acct: 776728584 Bill Duty/Tax/Fees To: Receiver | Weight: 5 Lbs Description: Complaints for service under 28 USC 1608(a)(3) Customs Value: $0.00 DIMS: 0x0x0 Piece Count: 1 Svc Type: International Express Asset Protection Amount:$0.00 | $129.75 $23.36 -------- $153.11 |
| INTL | 776728584 HLNKLAW | Shipment #: 8895669031 Invoice #: 26 July 2006 Sent By: Clerk of Court | 06-cv-731 (GK) | Syrian Ministry of Foreign Affairs Al-Rachid Street Damascus, SYRIA 202-265-4585 Attn To: Head, Ministry of Foreign | Bill Shipment To: Sender Acct: 776728584 Bill Duty/Tax/Fees To: Receiver | Weight: 3 Lbs Description: Complaints for service under 28 USC 1608(a)(3) Customs Value: $0.00 DIMS: 0x0x0 Piece Count: 1 Svc Type: International Express Asset Protection | $61.15 $11.01 -------- $72.16 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Affairs | | Amount:$0.00 | | |
| INTL | 776728584 HLNKLAW | Shipment #: 8895662904 Invoice #: 26 July 2006 Sent By: Clerk of Court | 06-cv-727 (GK) | Syrian Ministry of Foreign Affairs Al-Rachid Street Damascus, SYRIA 202-265-4585 Attn To: Head, Ministry of Foreign Affairs | Bill Shipment To: Sender Acct: 776728584 Bill Duty/Tax/Fees To: Receiver | Weight: 3 Lbs Description: Complaints for service under 28 USC 1608(a)(3) Customs Value: $0.00 DIMS: 0x0x0 Piece Count: 1 Svc Type: International Express Asset Protection Amount:$0.00 | $61.15 $11.01 -------- $72.16 | |
| **Ship Date 26 July 2006 Count = 4** | | | | | | | | |

\* Domestic includes Puerto Rico and U.S. Virgin Islands
 International includes Canada
\*\* All Charges are estimated.

| SUMMARY | Total |
|---|---|
| Shipment Count | 4 |
| Total Shipment Weight | 16 Lbs |
| Estimated Freight Charges | $381.80 |
| Estimated Other Charges | $68.74 |
| Estimated Total Charges | $450.54 |

**Waybills printed will be invoiced unless voided.**

Date/Time Printed: Thursday, July 27, 2006 9:23:42 AM
DHL WebShip 5.2 (01/2006) A