UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Estate of John Buonocore III, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-00727 (GK) |
| Great Socialist People's Libyan Arab Jamahiriya, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF PROOF OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(l), Plaintiffs Certain Underwriters and Lloyds London, *et al.*, hereby provide proof of service and evidence of delivery as to Defendants Great Socialist People's Libyan Arab Jamahiriya; Mu'ammar al-Qadhafi, Supreme Leader of the Great Socialist People's Libyan Arab Jamahiriya; Ibrahim al-Bishari, Chief, Libyan External Security; Major Abdallah al-Sanusi, Chief, Libyan Internal Security; Libyan External Security; Libyan Internal Security (collectively, "Libyan Defendants"); Syrian Arab Republic; Syrian Air Force Intelligence; and General Muhammad Al Khuli, Chief, Syrian Air Force Intelligence (collectively, "Syrian Defendants"). Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3), each of the defendants was served with a copy of the summons, Complaint, Notice of Suit, and administrative documents, together with a copy of each translated into Arabic, via DHL delivery "to the head of the ministry of foreign affairs of the foreign state concerned." 28 U.S.C. § 1608(a)(3). Accordingly, the Libyan Defendants were

served by DHL delivery to the Libyan Ministry of Foreign Affairs and the Syrian Defendants were served by DHL delivery to the Syrian Ministry of Foreign Affairs.

According to the delivery record provided by DHL, on July 30, 2006 "Taher B Zetu" accepted and signed for the documents at the Libyan Ministry of Foreign Affairs, and "Esam" accepted and signed for the documents at the Syrian Ministry of Foreign Affairs. A copy of the DHL delivery record and signature page for the Libyan Defendants is attached hereto as Group Exhibit A; a copy of the DHL delivery record and signature page for the Syrian Defendants is attached hereto as Group Exhibit B.

Dated: August 17, 2006                     Respectfully Submitted,

HEIDEMAN NUDELMAN
 & KALIK, P.C.
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone:  202-463-1818
Telefax:     202-463-2999

By: _/s/ Tracy R. Kalik_____
    Richard D. Heideman (No. 377462)
    Noel J. Nudelman (No. 449969)
    Tracy Reichman Kalik (No. 462055)

Steven R. Perles (No. 326975)
Edward MacAllister   (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: 202-955-9055
Telefax:     202-955-3806

*Of Counsel for Plaintiffs:*

F. R. Jenkins (Virginia Bar No. 36302)
MERIDIAN 361 INTERNATIONAL
LAW GROUP, PLLC
3 Field Court
Ground Floor West
Gray's Inn
London WC1R 5EF
United Kingdom
Telephone: 001 44 20 7841 5740
Telefax: 001 44 20 7841 5741