# APPENDIX

# 06-cv-727 (GK)

# GROUP EXHIBIT A

# 06-cv-727 (GK)



| Products /<br>Services | eShipping | Tools | Information | Press | Careers | About DHL |
|---|---|---|---|---|---|---|
| | | | | | The Group | Investor<br>Relations |

**Tracking**
**Good Afternoon**

 

Contact — Site Map / Settings / Help

### Track your Shipment

DHL Air Waybill

▶ Track

More tracking options

▶ eShipping: Quick Access
▶ Web Shipping
▶ Booking
▶ Tracking
▶ Logistics eServices
▶ DHL Interactive
▶ Trade Automation Service
▶ Order Supplies

▶ Search

These are the results of your query

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill<br>Number | Origin Service Area | Destination Service<br>Area | Status |
|---|---|---|---|
| 8895721450 | Rockville, MD - USA | Tripoli - Libya | Signed for by: TAHER B ZETU<br>Shipment delivered July 30, 2006 10:18<br>✔ |

### 8895721450 - Detailed Report

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| July 26, 2006 | 17:44 | Rockville, MD - USA | Shipment picked up |
| July 26, 2006 | 20:30 | Washington - Ronald Reagan National, DC - USA | Departing origin |
| July 27, 2006 | 01:26 | Wilmington - Clinton Field, OH - USA | Departing origin |
| July 27, 2006 | 04:28 | Wilmington - Clinton Field, OH - USA | Departed from DHL facility in Wilmington - Clinton Field - USA |
| July 27, 2006 | 06:06 | New York City Gateway, NY - USA | Arrived at DHL facility in New York City Gateway - USA |
| July 28, 2006 | 03:55 | Brussels - Belgium | Departed from DHL facility in Brussels - Belgium |
| July 28, 2006 | 06:43 | Rome - Italy | Arrived at DHL facility in Rome - Italy |
| July 28, 2006 | 09:23 | Rome - Italy | Departed from DHL facility in Rome - Italy |
| July 29, 2006 | 03:13 | Tripoli - Libya | Arrived at DHL facility in Tripoli - Libya |
| July 29, 2006 | 03:16 | Tripoli - Libya | Departed from DHL facility in Tripoli - Libya |
| July 29, 2006 | 09:58 | Tripoli - Libya | Consignee premises closed |
| July 30, 2006 | 08:11 | Tripoli - Libya | With delivery courier |
| July 30, 2006 | 10:18 | Tripoli - Libya | Shipment delivered |

Try a new search.

**Deutsche Post ☯ World Net**
MAIL EXPRESS LOGISTICS FINANCE

©2006   ▶ DHL International GmbH. All Rights Reserved

RY DATE: 30/07/2006  TIME: 08:11  ROUTE: T107  A COURIER: 7777  HASSAN  STATION: TIP / TIP / LY01

The consignee declares that he/she has received the shipment(s) in good order and condition, and that he/she accepts our terms and conditions as defined on the airwaybill attached to the shipment

Sheet: 3 of 7

| CKPT | Airwll No. | Org code | Weight | P/GU item | Amount | Invoice | Name/Comment |
|---|---|---|---|---|---|---|---|
| 1 | 4611373071 TUN D | 1 | 0.5 KG 26/07/06 | | ok | | V:- |
| NATIONAL BANKING C | | | | | | | |
| 2 | 3788892650 LHR D | 1 | 0.1 KG 27/07/06 | | ek | | |
| NAT BANKING CORP | | | | | | | |
| 3 | 3788892753 LHR D | 1 | 0.1 KG 27/07/06 | | ek | | |
| NAT BANKING CORP | | | | | | | |
| 4 | 50826115 5 MIL D | 1 | 0.1 KG 7/07/06 | | e/c | | |
| NATIONAL | | | | | | | |
| 5 | 46113703 0 TUN D | 1 | 0.5 KG 4/07/06 | | o/c | 30/7 | |
| M MED SAID KHAN | | | | | | | |
| 6 | 3180621 41 KHI D | 1 | 0.5 KG 25/07/06 | DR.BILAL AHMED | o/c | 70/7/200 | |
| EMBASSY OF PAKISTAN | | | | | | | |
| 7 | 3180398 35 ISB D | 1 | 0.5 KG 6/07/06 | H.E.THE ABASSDOR | OK 30/7/200 | | |
| EMBASSY OF PAKISTAN | | | | | | | |
| 8 | 8895721450 DCA D | 1 | 2.3 KG 26/07/06 | ABD AL-RAHMAN SHALQAM | c/s | | |
| LIBYAN MINISTRY OF FOREIGN AFF | | | | | | | |
| 9 | ~~~~~~~~~~~~~~~~~~ | 1 | 2.3 | ~~~~~~~~~~~ | ok | | |
| 10 | 46113 561 TUN D | 1 | 26/07/06 | | o/c | | |
| ITALIAN EMBASS | | | | | | | |
| 11 | 52412 5561 NAP D | 1 | 0. KG 27/07/06 | | OK | | |
| AMBASCIATA D T | | | | | | | |
| 12 | 8207 56486 R-M. | 1 | 0. KG | | oE | | |
| AMBASC IT | | | | | | | |

Sign: ALtaher.

30/07/2006 08:12:01  Cash Total: 0.00  FAX NO :218-21-480 5563

B. rgds. F Mabrouka Jip Tr

Aug. 13 2006 12:21PM P1  PHONE NO. :  : AHMED M BISHARI

# GROUP EXHIBIT B

# 06-cv-727 (GK)



| Products / Services | eShipping | Tools | Information | Press | Careers | About DHL |
|---|---|---|---|---|---|---|
| | | | | | The Group | Investor Relations |

**Tracking**

**Good Afternoon**

Contact — Site Map / Settings / Help

Track your Shipment

DHL Air Waybill

▶ Track

More tracking options

- ▶ eShipping: Quick Access
- ▶ Web Shipping
- ▶ Booking
- ▶ Tracking
- ▶ Logistics eServices
- ▶ DHL Interactive
- ▶ Trade Automation Service
- ▶ Order Supplies

These are the results of your query

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 8895662904 | Rockville, MD - USA | Damascus - Syria | Signed for by: ESAM<br>Shipment delivered July 30, 2006 13:37 ✓ |

**8895662904 - Detailed Report**

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| July 26, 2006 | 17:45 | Rockville, MD - USA | Shipment picked up |
| July 26, 2006 | 20:29 | Washington - Ronald Reagan National, DC - USA | Departing origin |
| July 28, 2006 | 01:00 | Wilmington - Clinton Field, OH - USA | Clearance processing complete at Wilmington - Clinton Field - USA |
| July 28, 2006 | 04:30 | Wilmington - Clinton Field, OH - USA | Departed from DHL facility in Wilmington - Clinton Field - USA |
| July 28, 2006 | 06:32 | New York City Gateway, NY - USA | Arrived at DHL facility in New York City Gateway - USA |
| July 28, 2006 | 10:05 | New York City Gateway, NY - USA | Departed from DHL facility in New York City Gateway - USA |
| July 28, 2006 | 22:51 | Brussels - Belgium | Arrived at DHL facility in Brussels - Belgium |
| July 29, 2006 | 06:21 | Brussels - Belgium | Departed from DHL facility in Brussels - Belgium |
| July 30, 2006 | 10:03 | Damascus - Syria | Arrived at DHL facility in Damascus - Syria |
| July 30, 2006 | 10:10 | Damascus - Syria | Arrived at DHL Facility |
| July 30, 2006 | 12:31 | Damascus - Syria | With delivery courier |
| July 30, 2006 | 13:37 | Damascus - Syria | Shipment delivered |

**Try a new search.**

Deutsche Post ✿ World Net
MAIL EXPRESS LOGISTICS FINANCE

©2006   ▶ DHL International GmbH. All Rights Reserved

P. 01

STATION: DAM / DCO / SY01

Sheet: 2 of 2

DELIVERY DATE: 30/07/2006   TIME: 12:31   ROUTE: DM06   B COURIER: 4305   MOHAMMAD

The consignee declares that he/she has received the shipment(s) in good order and condition, and that he/she accepts our terms and conditions as defined on the airwaybill attached to the shipment

| No CKPT | Airbill No | Org | Prod | Pcs | Weight | P/U Date | Amount | Invoice | Name/Comment |
|---|---|---|---|---|---|---|---|---|---|

1  SYRIAN FOR FOREIGN

2  1534786615 DXB D   U.S. EMBASSY

3  SYRIAN MINISTRY OF FOREIGN

8895662904 DCA D   1   1.4 KG 26/07/05   SYRIAN MINISTRY OF FOREIGN AFF   HEAD, MINISTRY OF FOREIG

5  4912280578 GVA D   1

6  GVA D

7  4301488962 BRU D   2   DELEGATION DES C.E

8  DELEGATION DES C.E

9

KG