UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Estate of John Buonocore III, *et al.*,   )
                                          )
                    Plaintiffs,           )
                                          )
          v.                              )   Civil Action No. 06-00727 (GK)
                                          )
Great Socialist People's Libyan           )
Arab Jamahiriya, *et al.*,                )
                                          )
                    Defendants.           )

NOTICE OF ENTRY OF APPEARANCE

The Court will please enter the appearance of Tracy Reichman Kalik as additional counsel for the Plaintiffs to receive electronic notifications in the above referenced matter through the Court's ECF filing system.

Dated: June 23, 2006             Respectfully Submitted,

                                 HEIDEMAN NUDELMAN
                                   & KALIK P.C.
                                 1146 19th Street, 5th Floor
                                 Washington, DC  20036
                                 Telephone:  202-463-1818
                                 Telefax:  202-463-2999

                                 By:  /s/ *Tracy Reichman Kalik*
                                     Richard D. Heideman (No. 377462)
                                     Noel J. Nudelman (No. 449969)
                                     Tracy Reichman Kalik (No. 462055)