IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF JOHN BUONOCORE III, et al. )<br><br>Plaintiffs, )<br><br>v. )<br><br>GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al. )<br><br>Defendants. ) | Case No. 1:06-cv-00727-GK |

## **DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME**

Defendants, Great Socialist People's Libyan Arab Jamahiriya, Libyan Internal Security, Libyan External Security, Mu'Ammar Al-Qadhafi, Abdallah Al-Sanusi, and Ibrahim Al-Bishari, by undersigned counsel and with the consent of Plaintiffs' counsel, hereby move pursuant to Fed. R Civ. P. Rule 6 for an extension of approximately forty-five (45) days for Defendants to answer, move or otherwise respond to the Complaint on or before November 13, 2006. In support of this Motion, Defendants state as follows:

1. Defendants and their counsel require additional time to investigate and respond to the allegations of the Complaint as Defendants are located overseas.

2. Defendants have only recently retained undersigned counsel. This brief extension will not affect any deadline imposed by the Court, as no deadlines have yet been set in this case. No party will be prejudiced by this brief extension.

3. No prior request for an extension of time has been made.

4. Undersigned counsel certifies that in accordance with Local Rule LCvR 7(m), he has consulted with Plaintiffs' counsel regarding this request for an extension and Plaintiffs consent to the relief requested herein.

WHEREFORE, Defendants request that the Court grant their Consent Motion for a forty-five (45) day extension to answer, move or otherwise respond to the Complaint on or before November 13, 2006.

Respectfully, Submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: _____*Mark A. Johnston*_____
Thomas J. Whalen, Esq. (Bar No. 208512)
Mark A. Johnston, Esq. (Bar No. 455764)
1747 Pennsylvania Ave., N.W.,
Twelfth Floor
Washington, D.C. 20006
(202) 659-6600

Counsel for Defendants, Great Socialist People's Libyan Arab Jamahiriya, Libyan Internal Security, Libyan External Security, Mu'Ammar Al-Qadhafi, Abdallah Al-Sanusi, and Ibrahim Al-Bishari

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Consent Motion for Extension of Time** was electronically filed and served, this 28th day of September, 2006, to:

>Richard D. Heideman
>Tracy Reichman Kalik
>Heideman Nudelman & Kalik, P.C.
>1146 19th Street, NW
>5th Floor
>Washington, DC 20036

>*Mark A. Johnston*
>Mark A. Johnston