IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF JOHN BUONOCORE III, et al. ) ) ) Plaintiffs, ) ) v. ) ) GREAT SOCIALIST PEOPLE'S LIBYAN ) ARAB JAMAHIRIYA, et al. ) ) Defendants. ) | Case No. 1:06-cv-00727-GK |

### ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of September, 2006,

ORDERED, that defendants' Consent Motion is GRANTED and that the Defendants have until November 13, 2006 to answer, move or otherwise respond to the Complaint.

_____
Judge Gladys Kessler
U.S. District Court for the District of Columbia