Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ESTATE OF JOHN BUONOCORE III, et al.**

Plaintiff(s)

v.

Civil Action No. 06-727 (GK)

**GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al.**

Defendant(s)

RE: SYRIAN ARAB REPUBLIC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 30, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 4th day of October, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk