Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ESTATE OF JOHN BUONOCORE III, et al.

Plaintiff(s)

v.

Civil Action No. 06-727 (GK)

GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al.

Defendant(s)

RE: SYRIAN AIR FORCE INTELLIGENCE

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 30, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this __4th__ day of __October__, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk