## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESTATE OF JOHN BUONOCORE III, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:06-cv-00727-GK |
| GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al. | ) ) ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Upon consideration of the Consent Motion of Defendants for Admission *Pro Hac Vice*, and the Court being duly advised in the premises, it is hereby,

ORDERED, this _____ day of _____, 2006, that defendants' Motion is GRANTED, and that the counsel Wendy West Feinstein be admitted *pro hac vice* to this court for purposes of this case.

_____
Judge Gladys Kessler

Copies to:

Thomas J. Whalen, Esq.
Mark A. Johnston, Esq.
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Ave., N.W., Suite 1200
Washington, D.C. 20006
(202) 659-6600

(Con't Next Page)

Richard D. Heideman, Esquire
Tracy Reichman Kalik, Esquire
Heideman Nudelman & Kalik, P.C.
1146 19th Street, NW
5th Floor
Washington, DC 20036