**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF JOHN BUONOCORE III, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GREAT SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, et al. )<br>)<br>Defendants. ) | Case No. 1:06-cv-00727-GK |

**CONSENT MOTION OF DEFENDANTS FOR
<u>ADMISSION *PRO HAC VICE*</u>**

Defendants, by counsel, move the admission, *pro hac vice*, of counsel Wendy West Feinstein and as grounds states as follows:

1. This is a civil case involving, *inter alia*, various monetary claims against the defendants arising out of the Foreign Sovereign Immunities Act and the Alien Torts Claims Act.

2. In connection with the prosecution of this case, defendants have engaged the undersigned counsel for defendants. Undersigned counsel has been working with other counsel in the firm who have various litigation experience. Ms. Feinstein is a partner in the Pittsburgh, Pennsylvania office of the undersigned's law firm. Ms. Feinstein will serve as co-counsel for defendants who have requested that Ms. Feinstein take a role in the pre-trial and trial proceedings. Ms. Feinstein has substantial experience in complex litigation, including government statutory litigation, which is an issue in this action. Ms. Feinstein is knowledgeable about the factual and legal issues in this action, and has substantial federal practice experience. Ms. Feinstein has not been admitted *pro hac vice* in this Court within the last two years.

3. Pursuant to LCvR 83.2(d) an executed Declaration in Support of Application for Admission *Pro Hac Vice* is attached.

4. Defendants' counsel has obtained the consent of counsel for plaintiffs prior to filing this Motion.

          Respectfully, Submitted,

          **ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By:    *Mark A. Johnston*
      Thomas J. Whalen, Esq. (Bar No. 208512)
      Mark A. Johnston, Esq. (Bar No. 455764)
      1747 Pennsylvania Ave., N.W.,
      Twelfth Floor
      Washington, D.C. 20006
      (202) 659-6600

      Counsel for Defendants, Great Socialist People's Libyan Arab Jamahiriya, Libyan Internal Security, Libyan External Security, Mu'Ammar Al-Qadhafi, Abdallah Al-Sanusi, and Ibrahim Al-Bishari

## CERTIFICATE OF GOOD FAITH

I hereby certify that prior to filing this Motion I conferred with counsel of record and obtained the consent of counsel to this Motion.

*Mark A. Johnston*
Mark A. Johnston

## MEMORANDUM OF POINTS & AUTHORITIES

1. Federal Rules of Civil Procedure, Rule 7.

2. LCvR 83.2(d).

*Mark A. Johnston*
Mark A. Johnston

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing **Consent Motion for Admission Pro Hac Vice** was electronically filed and served, this 24th day of October, 2006, to:

> Richard D. Heideman
> Tracy Reichman Kalik
> Heideman Nudelman & Kalik, P.C.
> 1146 19th Street, NW
> 5th Floor
> Washington, DC 20036

> _Mark A. Johnston_
> Mark A. Johnston