IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF JOHN BUONOCORE III by and through CECIL BUONOCORE, *et al.* | )<br>)<br>)  Case No. 1:06-cv-00727-GK |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA a/k/a LIBYA, *et al.* | )<br>)<br>) |
| Defendants. | ) |

## DECLARATION IN SUPPORT OF A *PRO HAC VICE* MOTION

I, WENDY WEST FEINSTEIN, being duly sworn according to law, depose and say as follows:

1. I am a member in the law firm of Eckert Seamans Cherin & Mellott, LLC in its Pittsburgh, Pennsylvania office and have been retained to represent the defendants, Great Socialist People's Libyan Arab Jamahiriya a/k/a LIBYA, Libyan Internal Security a/k/a al-'Amn al-Dhakhili, Libyan External Security a/k/a al-'Amn al-Khariji, Mu'ammar al-Qadhafi, Major Abdallah al-Sanusi, and Ibrahaim al-Bishari (the "Libya Defendants") in this action. I make this declaration in support of the accompanying Consent Motion for Admission *Pro Hac Vice*. My business address and telephone number is as follows:

Wendy West Feinstein, Esq.<br>
Eckert Seamans Cherin & Mellott, LLC<br>
U.S. Steel Tower, 44th Floor<br>
600 Grant Street<br>
Pittsburgh, PA 15219-2788<br>
(412) 566-1927 (telephone)<br>
(412) 566-6099 (facsimile)<br>
wfeinstein@eckertseamans (email)

2. I am a member in good standing of the Bar of the Supreme Court of Pennsylvania (Pa. Bar No. 86698) and the Bar of the Supreme Court of Ohio (Ohio Bar No. 0064973); am admitted to practice in the U.S. Court of Appeals for the Third and Sixth Circuits; and am admitted in the United States District Courts for the Western District of Pennsylvania, and Northern and Southern Districts of Ohio.

3. I have never been subject to disciplinary action by any bar. I am not currently the subject of any pending disciplinary proceeding. I am not under suspension or disbarment by any court, state or federal.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I am not a member of the District of Columbia bar. I do not have an application for membership with the District of Columbia bar pending.

_____
Wendy West Feinstein

Sworn to and subscribed before me
this ____ day of October, 2006

_____
Notary Public
My commission expires: _____

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Angela D. Elzer, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Aug. 15, 2010
Member, Pennsylvania Association of Notaries