**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF JOHN BUONOCORE III, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:06-cv-00727-GK |
| GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al. | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of November, 2006,

ORDERED, that Defendants' Consent Motion is GRANTED and that the Defendants have until December 5, 2006 to answer, move or otherwise respond to the Complaint.

_____
Judge Gladys Kessler
U.S. District Court for the District of Columbia