IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF JOHN BUONOCORE III, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  Case No. 1:06-cv-00727-GK |
| GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al. | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time, the record herein, and the Court being duly advised in the premises, it is, by the Court this 17th day of November, 2006,

ORDERED, that Defendants' Consent Motion is GRANTED and that the Defendants have until December 5, 2006 to answer, move or otherwise respond to the Complaint.

*Gladys Kessler*
Judge Gladys Kessler
U.S. District Court for the District of Columbia