UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of John Buonocore III, *et al.*,  )  <br>  )  <br>   Plaintiffs,  )  <br>  )  <br> v.  )  <br>  )  <br> Great Socialist People's Libyan  )  <br> Arab Jamahiriya, *et al.*,  )  <br>  )  <br>   Defendants.  ) | Civil Action No. 06-00727 (GK) |

**ORDER**

This matter having come before the Court on Plaintiff's Consent Motion to Continue the Initial Scheduling Conference currently set for December 18, 2006 at 9:45 a.m., and the Court having been sufficiently advised,

IT IS HEREBY ORDERED that the Initial Scheduling Conference in this matter shall be continued until _____, 2007 at _____ a.m./p.m.

IT IS SO ORDERED on this the _____ day of _____, 2006.

_____
Hon. Gladys Kessler
Judge, United States District Court