FROM : ALMAHFUDHAT    FAX NO. :0021821340859  Nov. 12 2009 02:51PM P1





الجماهيرية العربية الليبية الشعبية الاشتراكية العظمى
اللجنة الشعبية العامة
للاتصال الخارجي والتعاون الدولي

التاريخ: 12-11-2006

الرقم الإشاري:
الملحقات:
16231
1845

السيد /

بعد التحية ....

تشهد الإدارة العامة للشؤون المالية والإدارية باللجنة الشعبية العامة للاتصال الخارجي والتعاون الدولي بأن المرحوم / إبراهيم محمد المنصوري المكتسب العلم للشؤون الأفريقية السابق باللجنة الشعبية العامة للاتصال الخارجي والتعاون الدولي قد انتقل إلى رحمة الله تعالى بتاريخ 13/9/97 إثر حادث أليم ألمّ بمنزله لواجبه.

أعطيت هذه الإفادة لاستعمالها فيما يخوله القانون.

والسلام عليكم ورحمة الله وبركاته ...

مدير الإدارة العامة للشؤون المالية والإدارية

DEFENDANT'S EXHIBIT A