**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF JOHN BUONOCORE III, et al. ) ) ) Plaintiffs, ) ) v. ) ) GREAT SOCIALIST PEOPLE'S LIBYAN ) ARAB JAMAHIRIYA, et al. ) ) Defendants. ) | Case No. 1:06-cv-00727-GK |

## **ORDER**

Upon consideration of Defendants' Motion to Dismiss, any Opposition thereto, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of _____, 2006,

ORDERED, that Defendants' Motion is GRANTED and that the Complaint is hereby dismissed with prejudice.

_____
Judge Gladys Kessler
U.S. District Court for the District of Columbia