UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Estate of John Buonocore III, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Civil Action No. 06-00727 (GK) |
| Great Socialist People's Libyan Arab Jamahiriya, *et al.*, | | |
| Defendants. | | |

**JOINT MOTION TO SET BRIEFING SCHEDULE IN RESPONSE TO LIBYAN DEFENDANTS' MOTION TO DISMISS**

COMES NOW the parties, by and through their respective counsel, and hereby move this Court to set a briefing schedule for the Plaintiffs' opposition to the Great Socialist People's Libyan Arab Jamahiriya; Mu'ammar al-Qadhafi; Ibrahim al-Bishari; Abdallah al-Sanusi; Libyan External Security; Libyan Internal Security's (hereinafter the "Libyan Defendants") Motion to Dismiss and the Libyan Defendants' Memorandum of Reply thereto. In support of this Motion, the parties state as follows:

1. On December 5, 2006, the Libyan Defendants filed a substantive Motion to Dismiss in response to Plaintiffs' Complaint.

2. Pursuant to the L.Cv. R. 7.1, unless otherwise directed by the Court, Plaintiffs' opposition brief would be due on Monday, December 18, 2006 and the Defendants' Reply would be due on Tuesday December 26, 2006.

3. Plaintiffs and their counsel require additional time to investigate, research and respond to the extensive brief filed in support of the Libyan Defendants Motion to Dismiss.

4. Defendants and their counsel anticipate needing additional time to reply to Plaintiff's Memorandum in Opposition to the Motion to Dismiss.

5. Plaintiffs' are seeking an extension until January 19, 2007 to file their Memorandum in Opposition to the Libyan Defendants' Motion to Dismiss.

6. Defendants' are seeking an extension until February 16, 2007 to file their Reply memorandum.

7. A status conference is currently scheduled for January 30, 2006 in this matter. This extended briefing schedule was anticipated in selecting the date for the status conference, and should not affect the scheduled date for the status conference.

8. No party is prejudiced by this briefing schedule.

WHEREFORE, for the reasons set forth above, the parties request that the Court grant their Joint Motion to Set a Briefing Schedule in Response to the Libyan Defendants' Motion to Dismiss which provides that the Plaintiffs shall have until January 19, 2007 to file their brief in opposition to Defendants' Motion to Dismiss and the Defendants shall have until February 16, 2007 to file their Memorandum in Reply.

December 6, 2006         Respectfully Submitted,

HEIDEMAN NUDELMAN & KALIK, PC
1146 19th Street NW, Fifth Floor

Washington, DC 2008
Telephone: 202.463.1818
Facsimile: 202.463.2999

By:  /s/Richard D. Heideman_____

  /s/ Tracy Reichman Kalik_____
   Richard D. Heideman (No. 377462)
   Noel J. Nudelman (No. 449969)
   Tracy Reichman Kalik (No. 462055)

Steven R. Perles (No. 326975)
Edward MacAllister   (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone: 202-955-9055
Telefax:     202-955-3806


F. R. Jenkins (Virginia Bar No. 36302)
MERIDIAN 361 INTERNATIONAL
LAW GROUP, PLLC
Room 146
Temple Chambers, Temple Avenue
London EC4Y 0DA
United Kingdom
Telephone: + 1-866-338-7087
Telefax: + 1-800-214-1494


*Counsel for Plaintiffs*



ECKERT SEAMANS CHERIN
   & MELLOTT, LLC

By: */s/ Mark A. Johnston*_____
    Thomas J. Whalen, Esq. (No. 208512)
    Mark A. Johnston, Esq.  (No.455764)
    Eckert Seamans Cherin & Mellott, LLC
    747 Pennsylvania Ave, NW
    Twelfth Floor
    Washington, DC  20006
    202-659-6600

                    Wendy West Feinstein, Esq. (*Pro Hac Vice*)
                    Eckert Seamans Cherin & Mellott, LLC
                    600 Grant Street, 44th Floor
                    Pittsburgh, PA  15219
                    412-566-6000

                    *Counsel for Libyan Defendants*