UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Estate of John Buonocore III, *et al.*,  )
                                          )
                   Plaintiffs,           )
                                          )
v.                                        )   Civil Action No. 06-00727 (GK)
                                          )
Great Socialist People's Libyan          )
Arab Jamahiriya, *et al.*,               )
                                          )
                   Defendants.           )

**ORDER**

This matter having come before the Court on the parties Joint Motion to Set a Briefing Schedule to Respond to Libyan Defendants' Motion to Dismiss and the Court having been sufficiently advised,

IT IS HEREBY ORDERED that the Plaintiffs shall have until January 19, 2007 to file their brief in Opposition to Defendants' pending Motion to Dismiss.

IT IS FURTHER OREDERED that the Libyan Defendants shall have until February 16, 2007 to file their Reply to said Opposition.

IT IS SO ORDERED on this the _____ day of _____, 2006.

_____
Hon. Gladys Kessler
Judge, United States District Court