## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
Estate of John Buonocore III, *et al.*,           )
                                                  )
                             Plaintiffs,          )
                                                  )
              v.                                  )        Civil Action No. 06-00727 (GK)
                                                  )
Great Socialist People's Libyan                   )
Arab Jamahiriya, *et al.*,                        )
                                                  )
                             Defendants.          )
_____)

## CONSENT MOTION FOR LEAVE TO FILE PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS IN EXCESS OF PAGE LIMITATIONS

COME NOW the Plaintiffs, the Estate of John Buonocore III, *et al.*, by and through counsel, and with the consent of counsel for the Great Socialist People's Libyan Arab Jamahiriya; Mu'ammar al-Qadhafi, Supreme Leader of the Great Socialist People's Libyan Arab Jamahiriya; Ibrahim al-Bishari, Chief, Libyan External Security; Major Abdallah al-Sanusi, Chief, Libyan Internal Security; Libyan External Security; Libyan Internal Security hereby move this Court for leave to file a Memorandum in Opposition to Defendants' Motion to Dismiss in excess of the 45-page limit set by the Local Rules of this Court.  In support of this request, Plaintiffs hereby state as follows:

1. Additional pages are necessary for the Plaintiffs' Opposition because the Defendants' Motion to Dismiss raises complex issues involving sovereign immunity, the application of various counterterrorism statutes to the Plaintiffs'

claims, statutes of limitations, service of process, and the common law Head-of-State Doctrine; and

2. To properly respond, it is necessary for the Plaintiffs to fully brief the reasons for which the Court should deny the Defendants' Motion to Dismiss; and

3. Plaintiffs anticipate timely filing their Opposition to the Defendants' Motion to Dismiss on Friday, January 19, 2007.


WHEREFORE, for the reasons set forth above, Plaintiffs' respectfully request that this Court grant Plaintiffs' Motion for Leave to File a Brief in Excess of the Page Limitations set by the Local Rules of this Court.

Dated:  January 17, 2007                Respectfully Submitted,

HEIDEMAN NUDELMAN & KALIK, P.C.
1146 19th Street, N.W., Fifth Floor
Washington, DC  20036
Telephone:  202-463-1818
Telefax:  202-463-2999
Email: attorneys@hlnklaw.com

By: */s/ Richard D. Heideman_____*

*__/s/Tracy Reichman Kalik_____*

Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Tracy Reichman Kalik (No. 462055)


PERLES LAW FIRM, P.C
Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
1146 19th Street, N.W., Fifth Floor
Washington, DC  20036
Telephone: 202-955-9055
Telefax:     202-955-3806

*Of Counsel for Plaintiffs:*

F. R. Jenkins (Virginia Bar No. 36302)
MERIDIAN 361 INTERNATIONAL
LAW GROUP, PLLC
Room 146
Temple Chambers
Temple Avenue
London EC4Y 0DA
United Kingdom
Telephone: + 1-866-338-7087
Telefax: + 1-800-214-1494

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 17th day of January, 2007, a true and accurate copy of the foregoing, Consent Motion for Leave to File Plaintiffs' Memorandum in Opposition to the Defendants' Motion to Dismiss in Excess of Page Limitations, was served via the U.S. District Court for the District of Columbia's ECF filing system on counsel of record for the defendants:

Thomas J. Whalen, Esq.
Mark A. Johnston, Esq.
Eckert Seamons Cherin & Mellott, LLC
747 Pennsylvania Ave, NW
Twelfth Floor
Washington, DC  20006

Wendy West Feinstein, Esq.
Eckert Seamons Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219

_____/s/ Tracy Reichman Kalik___