**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Estate of John Buonocore III, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-00727 (GK) |
| ) | |
| Great Socialist People's Libyan ) | |
| Arab Jamahiriya, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE PLAINTIFFS'**
**MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**
**IN EXCESS OF PAGE LIMITATIONS**

This matter having come before the Court on the Plaintiffs' Consent Motion for Leave to File Plaintiffs' Memorandum in Opposition to the Defendants' Motion to Dismiss in Excess of Page Limitations, and the Court having been sufficiently advised, it is hereby **ORDERED** that Plaintiffs' Motion is hereby **GRANTED** and Plaintiffs shall be permitted to file their Memorandum of Law in Opposition to Defendants' Motion to Dismiss in excess of the Courts' Rules on page number limitations.

**IT IS SO ORDERED** on this the _____ day of _____, 2007.

_____
Hon. Gladys Kessler
United States District Judge

Copies to:

Counsel of Record