UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF JOHN BUONOCORE III, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.*, <br><br> Defendants. | : <br> : <br> : <br> : <br> : Civil Action No. 06-727 (GK) <br> : <br> : <br> : <br> : |

## ORDER

This matter having come before the Court on the Plaintiffs' Consent Motion for Leave to File Plaintiffs' Memorandum in Opposition to the Defendants' Motion to Dismiss in Excess of Page Limitations, and the Court having been sufficiently advised, it is hereby

**ORDERED** that Plaintiffs' Motion is **denied** because Plaintiffs have failed to indicate what page limits they believe are necessary.

January 18, 2007

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**