### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of John Buonocore III, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Great Socialist People's Libyan )<br>Arab Jamahiriya, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-00727 (GK) |

### SECOND CONSENT MOTION FOR LEAVE TO FILE PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS IN EXCESS OF PAGE LIMITATIONS

COME NOW the Plaintiffs, the Estate of John Buonocore III, *et al.*, by and through counsel, and with the consent of counsel for the Great Socialist People's Libyan Arab Jamahiriya; Mu'ammar al-Qadhafi, Supreme Leader of the Great Socialist People's Libyan Arab Jamahiriya; Ibrahim al-Bishari, Chief, Libyan External Security; Major Abdallah al-Sanusi, Chief, Libyan Internal Security; Libyan External Security; Libyan Internal Security hereby move this Court for leave to file a Memorandum in Opposition to Defendants' Motion to Dismiss in excess of the 45-page limit set by the Local Rules of this Court. In support of this request, Plaintiffs hereby state as follows:

1. Additional pages are necessary for the Plaintiffs' Opposition because the Defendants' Motion to Dismiss raises complex issues involving sovereign immunity, the application of various counterterrorism statutes to the Plaintiffs'

claims, statutes of limitations, service of process, and the common law Head-of-State Doctrine; and

2. To properly respond, it is necessary for the Plaintiffs to fully brief the reasons for which the Court should deny the Defendants' Motion to Dismiss; and

3. On January 17, 2007, Plaintiffs' filed their first Consent Motion for Leave to File a Brief in Excess of the Page Limitations set by the Local Rules of this Court.

4. The Court denied said Consent Motion because the Plaintiffs' did not set forth the number of additional pages they were seeking leave to file in excess of the forty-five (45) page limit prescribed by the Court.

5. Plaintiffs' anticipate filing their brief on time, on January 19, 2007 and at this time request that the Court grant the Plaintiffs leave to file not more than fifteen (15) extra pages over the page limits set by the Court's Local Rules.

WHEREFORE, for the reasons set forth above, Plaintiffs' respectfully request that this Court grant Plaintiffs' Motion for Leave to File a Brief in Excess of the Page Limitations set by the Local Rules of this Court.

Dated:  January 17, 2007                Respectfully Submitted,

                                        HEIDEMAN NUDELMAN & KALIK, P.C.
                                        1146 19th Street, N.W., Fifth Floor
                                        Washington, DC  20036
                                        Telephone:  202-463-1818
                                        Telefax:  202-463-2999
                                        Email: attorneys@hlnklaw.com

                                        By: _/s/ Richard D. Heideman_____

                                           __/s/Tracy Reichman Kalik_____

                                        Richard D. Heideman (No. 377462)
                                        Noel J. Nudelman (No. 449969)
                                        Tracy Reichman Kalik (No. 462055)

PERLES LAW FIRM, P.C
Steven R. Perles (No. 326975)
Edward MacAllister (No. 494558)
1146 19th Street, N.W., Fifth Floor
Washington, DC  20036
Telephone: 202-955-9055
Telefax:     202-955-3806

*Of Counsel for Plaintiffs:*

F. R. Jenkins (Virginia Bar No. 36302)
MERIDIAN 361 INTERNATIONAL
LAW GROUP, PLLC
Room 146
Temple Chambers
Temple Avenue
London EC4Y 0DA
United Kingdom
Telephone: + 1-866-338-7087
Telefax: + 1-800-214-1494

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 17th day of January, 2007, a true and accurate copy of the foregoing, Consent Motion for Leave to File Plaintiffs' Memorandum in Opposition to the Defendants' Motion to Dismiss in Excess of Page Limitations, was served via the U.S. District Court for the District of Columbia's ECF filing system on counsel of record for the defendants:

    Thomas J. Whalen, Esq.
    Mark A. Johnston, Esq.
    Eckert Seamons Cherin & Mellott, LLC
    747 Pennsylvania Ave, NW
    Twelfth Floor
    Washington, DC  20006

    Wendy West Feinstein, Esq.
    Eckert Seamons Cherin & Mellott, LLC
    600 Grant Street, 44th Floor
    Pittsburgh, PA  15219

                                                    _____*/s/ Tracy Reichman Kalik*___