# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
)
Estate of John Buonocore III, *et al.*,      )
)
                              Plaintiffs,      )
)
           v.                                        )           Civil Action No. 06-00727 (GK)
)
Great Socialist People's Libyan          )
Arab Jamahiriya, *et al.*,                    )
)
                              Defendants.     )
_____)


## ORDER GRANTING SECOND CONSENT MOTION FOR LEAVE TO FILE PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS IN EXCESS OF PAGE LIMITATIONS

        This matter having come before the Court on the Plaintiffs' Consent Motion for Leave to File Plaintiffs' Memorandum in Opposition to the Defendants' Motion to Dismiss in Excess of Page Limitations, and the Court having been sufficiently advised, it is hereby **ORDERED** that Plaintiffs' Motion is hereby **GRANTED** and Plaintiffs shall be permitted to file an additional fifteen (15) in their Memorandum of Law in Opposition to Defendants' Motion to Dismiss in excess of the Courts' Rules on page number limitations.

        **IT IS SO ORDERED** on this the _____ day of _____, 2007.


                                                      _____
                                                      Hon. Gladys Kessler
                                                      United States District Judge

Copies to:

Counsel of Record