*Estate of John Buonocore III, et al. v. Great Socialist People's Libyan Arab Jamahiriya, et al.*

**06-cv-727 (GK)**

**Plaintiffs' Exhibit 1**

# LIBYA: ARMS SUPPORT FOR ABU NIDAL

ils of this report below.



ED FOR RELEASE
JG 2001




# LIBYA: ARMS SUPPORT FOR ABU NIDAL

of 3     Go to page

ils of this report below.



Top Secret

**Contents**

Libya: Arms Support for Abu Nidal    4

# LIBYA: ARMS SUPPORT FOR ABU NIDAL

of 3    Go to page [    ]      Next

.ils of this report below.



Top Secret

**LIBYA:**  **Arms Support for Abu Nidal**

*Markings on six Bulgarian handgrenades captured from Libyan terrorists in Turkey in April closely match those on grenades used in four recent attacks attributed to the Abu Nidal terrorist group.*

Four Libyans were arrested by Turkish authorities on 18 April as they approached a US officers club in Ankara carrying handgrenades acquired from the local Libyan People's Bureau. Analysis of markings on the grenades indicates that they were made in Bulgaria in 1980. They bear the same [redacted] markings [redacted] as other 1980-vintage Bulgarian grenades used by suspected Abu Nidal terrorists in attacks last year on the Cafe de Paris in Rome, at the Rome and Vienna airports, and in Malta during the EgyptAir hijacking.

**Comment:** The similarities between the grenades seized in 1985 and those captured in Turkey corroborate previous reporting that Tripoli provides operational support for the Abu Nidal group and uses its diplomatic installations to pass weapons to terrorists. Austrian authorities had determined that the Vienna airport terrorists used passports confiscated by Libya from Tunisian workers, and some of the terrorists arrested after the Rome and Vienna airport attacks said they belonged to the Abu Nidal group.