*Estate of John Buonocore III, et al.*
*v. Great Socialist People's Libyan*
*Arab Jamahiriya, et al.*

**06-cv-727 (GK)**

# Plaintiffs' Exhibit 7

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
Estate of John Buonocore III, *et al.*,       )
)
                               Plaintiffs,      )
)
            v.                                       )          Civil Action No. 06-00727 (GK)
)
Great Socialist People's Libyan             )
Arab Jamahiriya, *et al.*,                      )
)
                               Defendants.      )
_____)

## <u>NOTICE OF PROOF OF SERVICE</u>

Pursuant to Federal Rule of Civil Procedure 4(l), Plaintiffs Certain Underwriters and Lloyds London, *et al.*, hereby provide proof of service and evidence of delivery as to Defendants Great Socialist People's Libyan Arab Jamahiriya; Mu'ammar al-Qadhafi, Supreme Leader of the Great Socialist People's Libyan Arab Jamahiriya; Ibrahim al-Bishari, Chief, Libyan External Security; Major Abdallah al-Sanusi, Chief, Libyan Internal Security; Libyan External Security; Libyan Internal Security (collectively, "Libyan Defendants"); Syrian Arab Republic; Syrian Air Force Intelligence; and General Muhammad Al Khuli, Chief, Syrian Air Force Intelligence (collectively, "Syrian Defendants"). Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3), each of the defendants was served with a copy of the summons, Complaint, Notice of Suit, and administrative documents, together with a copy of each translated into Arabic, via DHL delivery "to the head of the ministry of foreign affairs of the foreign state concerned." 28 U.S.C. § 1608(a)(3). Accordingly, the Libyan Defendants were

served by DHL delivery to the Libyan Ministry of Foreign Affairs and the Syrian

Defendants were served by DHL delivery to the Syrian Ministry of Foreign Affairs.

According to the delivery record provided by DHL, on July 30, 2006 "Taher B

Zetu" accepted and signed for the documents at the Libyan Ministry of Foreign Affairs,

and "Esam" accepted and signed for the documents at the Syrian Ministry of Foreign

Affairs.  A copy of the DHL delivery record and signature page for the Libyan

Defendants is attached hereto as Group Exhibit A; a copy of the DHL delivery record and

signature page for the Syrian Defendants is attached hereto as Group Exhibit B.


Dated:  August 17, 2006                         Respectfully Submitted,

                                                HEIDEMAN NUDELMAN
                                                 & KALIK, P.C.
                                                1146 19th Street, NW, 5th Floor
                                                Washington, DC 20036
                                                Telephone:  202-463-1818
                                                Telefax:      202-463-2999

                                                By: _/s/ Tracy R. Kalik_____
                                                   Richard D. Heideman (No. 377462)
                                                   Noel J. Nudelman (No. 449969)
                                                   Tracy Reichman Kalik (No. 462055)


                                                Steven R. Perles (No. 326975)
                                                Edward MacAllister   (No. 494558)
                                                THE PERLES LAW FIRM, PC
                                                1146 19th Street, NW, 5th Floor
                                                Washington, DC 20036
                                                Telephone: 202-955-9055
                                                Telefax:      202-955-3806

*Of Counsel for Plaintiffs:*

F. R. Jenkins (Virginia Bar No. 36302)
MERIDIAN 361 INTERNATIONAL
LAW GROUP, PLLC
3 Field Court
Ground Floor West
Gray's Inn
London WC1R 5EF
United Kingdom
Telephone: 001 44 20 7841 5740
Telefax: 001 44 20 7841 5741

# APPENDIX

# 06-cv-727 (GK)

# GROUP EXHIBIT A

# 06-cv-727 (GK)



| Products / Services | eShipping | Tools | Information | Press | Careers | About DHL |
|---|---|---|---|---|---|---|

## Tracking
## Good Afternoon



The Group    Investor Relations

Contact    Site Map
Settings
Help

**Track your Shipment**

|DHL Air Waybill

▶ **Track**

More tracking options

▶ **eShipping: Quick Access**

▶ **Web Shipping**

▶ **Booking**

▶ **Tracking**

▶ **Logistics eServices**

▶ **DHL Interactive**

▶ **Trade Automation Service**

▶ **Order Supplies**

▶ **Search**

These are the results of your query

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 8895721450 | Rockville, MD - USA | Tripoli - Libya | Signed for by: TAHER B ZETU Shipment delivered July 30, 2006 10:18 ✔ |

**8895721450 - Detailed Report**

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| July 26, 2006 | 17:44 | Rockville, MD - USA | Shipment picked up |
| July 26, 2006 | 20:30 | Washington - Ronald Reagan National, DC - USA | Departing origin |
| July 27, 2006 | 01:26 | Wilmington - Clinton Field, OH - USA | Departing origin |
| July 27, 2006 | 04:28 | Wilmington - Clinton Field, OH - USA | Departed from DHL facility in Wilmington - Clinton Field - USA |
| July 27, 2006 | 06:06 | New York City Gateway, NY - USA | Arrived at DHL facility in New York City Gateway - USA |
| July 28, 2006 | 03:55 | Brussels - Belgium | Departed from DHL facility in Brussels - Belgium |
| July 28, 2006 | 06:43 | Rome - Italy | Arrived at DHL facility in Rome - Italy |
| July 28, 2006 | 09:23 | Rome - Italy | Departed from DHL facility in Rome - Italy |
| July 29, 2006 | 03:13 | Tripoli - Libya | Arrived at DHL facility in Tripoli - Libya |
| July 29, 2006 | 03:16 | Tripoli - Libya | Departed from DHL facility in Tripoli - Libya |
| July 29, 2006 | 09:58 | Tripoli - Libya | Consignee premises closed |
| July 30, 2006 | 08:11 | Tripoli - Libya | With delivery courier |
| July 30, 2006 | 10:18 | Tripoli - Libya | Shipment delivered |

Try a new search.

Deutsche Post World Net
MAIL EXPRESS LOGISTICS FINANCE

©2006  ▶ DHL International GmbH. All Rights Reserved

ERY DATE: 30/07/2006   TIME: 08:11   ROUTE: T107   A COURIER: 7777   HASSAN   STATION: TIP / TIP / LY01

The consignee declares that he/she has received the shipment(s) in good order and condition, and that he/she accepts our terms and conditions as defined on the airwaybill attached to the shipment

Sheet: 3 of 7

| CKPT | Airbill No | Ori/Prod/Des | Weight | Pro/Date | Amount | Invoice | Name/Comment |
|---|---|---|---|---|---|---|---|
| 1 | 4611373071 TUN D | 1 | 0.5 KG 26/07/06 | | ok | | V := |
| | NATIONAL BANKING C | | | | | | |
| 2 | 3788892650 LHR D | 1 | 0.1 KG 27/07/06 | | e/c | | |
| | NAT BANKING CORP | | | | | | |
| 3 | 3788892753 LHR D | 1 | 0.1 KG 27/07/06 | | ok | | ? |
| | NAT BANKING CORP | | | | | | |
| 4 | 5082611535 MIL D | 1 | 0.1 KG 27/07/06 | | P/c | | |
| | NATIONAL | | | | | | |
| 5 | 4611370350 TUN D | 1 | 0.5 KG 24/07/06 | | o/c | | |
| | M MED SAID KHAN | | | | | | |
| 6 | 3180621441 KHI D | 1 | 0.5 KG 25/07/06 | | o/c | | |
| | EMBASSY OF PAKISTAN | DR.BILAL AHMED | | | | | |
| 7 | 3180398135 ISB D | 1 | 0.5 KG 26/07/06 | | OK | | |
| | EMBASSY OF PAKISTAN | H.E.THE ABASSDOR | | | | | |
| 8 | 8895721450 DCA D | 1 | 2.3 KG 26/07/06 | | c/c | | |
| | LIBYAN MINISTRY OF FOREIGN AFF | ABD AL-RAHMAN SHALQAM | | | | | |
| 9 | | 1 | 2.3 | | ok | | |
| | LIBYAN MINISTRY OF FOREIGN AFF | ABD AL-RAHMAN SHALQAM | | | | | |
| 10 | 4611379561 TUN D | 1 | 26/07/06 | | o/c | | |
| | ITALIAN EMBASSY | | | | | | |
| 11 | 5241215561 NAP D | 1 | 0. KG 27/07/06 | | OK | | |
| | AMBASCIATA D T | | | | | | |
| 12 | 8207556486 RoM. | 1 | 0.3 KG | | ok | | |
| | AMBASC IT | | | | | | |

Sign: ALtaher.

30/07/2006 08:12:01          Cash Total: 0.00          FAX NO :218-21-480 5563

B. rgds. F Mabrouka Tip Tr.

Aug. 13 2006 12:21PM P1          PHONE NO. :          : AHMED M EISHARI

# GROUP EXHIBIT B

## 06-cv-727 (GK)



| Products / Services | eShipping | Tools | Information | Press | Careers | About DHL |
| --- | --- | --- | --- | --- | --- | --- |

**Tracking**
**Good Afternoon**



The Group | Investor Relations

Contact | Site Map
Settings
Help

**Track your Shipment**

DHL Air Waybill

▶ Track

More tracking options

▶ eShipping: Quick Access
▶ Web Shipping
▶ Booking
▶ Tracking
▶ Logistics eServices
▶ DHL Interactive
▶ Trade Automation Service
▶ Order Supplies

▶ Search

These are the results of your query

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
| --- | --- | --- | --- |
| 8895662904 | Rockville, MD - USA | Damascus - Syria | Signed for by: ESAM<br>Shipment delivered July 30, 2006 13:37<br>✔ |

**8895662904 - Detailed Report**

| Date | Time | Location Service Area | Checkpoint Details |
| --- | --- | --- | --- |
| July 26, 2006 | 17:45 | Rockville, MD - USA | Shipment picked up |
| July 26, 2006 | 20:29 | Washington - Ronald Reagan National, DC - USA | Departing origin |
| July 28, 2006 | 01:00 | Wilmington - Clinton Field, OH - USA | Clearance processing complete at Wilmington - Clinton Field - USA |
| July 28, 2006 | 04:30 | Wilmington - Clinton Field, OH - USA | Departed from DHL facility in Wilmington - Clinton Field - USA |
| July 28, 2006 | 06:32 | New York City Gateway, NY - USA | Arrived at DHL facility in New York City Gateway - USA |
| July 28, 2006 | 10:05 | New York City Gateway, NY - USA | Departed from DHL facility in New York City Gateway - USA |
| July 28, 2006 | 22:51 | Brussels - Belgium | Arrived at DHL facility in Brussels - Belgium |
| July 29, 2006 | 06:21 | Brussels - Belgium | Departed from DHL facility in Brussels - Belgium |
| July 30, 2006 | 10:03 | Damascus - Syria | Arrived at DHL facility in Damascus - Syria |
| July 30, 2006 | 10:10 | Damascus - Syria | Arrived at DHL Facility |
| July 30, 2006 | 12:31 | Damascus - Syria | With delivery courier |
| July 30, 2006 | 13:37 | Damascus - Syria | Shipment delivered |

**Try a new search.**

Deutsche Post 🌐 World Net
MAIL EXPRESS LOGISTICS FINANCE

©2006   ▶ DHL International GmbH. All Rights Reserved

```
*3 0 0 7 0 6 D M 0 6 6 8 0 2*
```

DELIVERY DATE: 30/07/2006   TIME: 12:31   ROUTE: DM06   B COURIER: 4305   MOHAMMAD   STATION: DAM / DCO / SYDT

The consignee declares that he/she has received the shipment(s) in good order and condition, and that he/she
accepts our terms and conditions as defined on the airwaybill attached to the shipment

Sheet: 2 of 2

| No CKPT | Aibill No | Org | Prod | Pcs | Weight | P/U Date | Amount | Invoice | Name/Comment |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 61090915AVLD | | | | | | | | |
| | SYRIAN FOR FOAN*AL | | | | | | | | |
| 2 | 15147964LCBRUD | | | | | | | | |
| | U.S. EMBASSY DAMASCUS/DAMASCUS | | | ATTN:NOHA HOUTRANI SY/FR | | | | | | |
| 3 | | | | | | | | | |
| | SYRIAN MINISTRY OF FOREIG | | HEAD, MINISTRY OF FOREIG | | | | | | |
| 4 | 8895662904 DCA D | | | 1 | 1.4 KG 26/01/06 | | | | |
| | SYRIAN MINISTRY OF FOREIGN AFF | | HEAD, MINISTRY OF FOREIG | | | | | | |
| 5 | 49102960570GVAD | | | | | | | | |
| 6 | 49090062LCGVAD | | | | | | | | |
| 7 | 4301489962BRUD | | | 2 | | | | | |
| | DELEGATION DES C.E | | | | | | | | |
| 8 | 4301489966BRUD | | | | | | | | |
| | DELEGATION DES C.E | | | | | | | | |
| 9 | | | | | | xa | | | |