UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Estate of John Buonocore III, *et al.*,   )
                                          )
                    Plaintiffs,           )
                                          )
        v.                                )   Civil Action No. 06-00727 (GK)
                                          )
Great Socialist People's Libyan           )
Arab Jamahiriya, *et al.*,                )
                                          )
                    Defendants.           )

## **ORDER**

This matter having come before the Court on Defendants' Motion to Dismiss, and the Court having been sufficiently advised, it is hereby ORDERED AND ADJUDGED that Defendants' Motion is DENIED.

Defendants are instructed to file their Answer to Plaintiffs' Complaint within 30 days of from the entry of this Court's Order.

IT IS SO ORDERED on this the _____ day of _____, 2007.

_____
Hon. Gladys Kessler
United States District Court

Copies To:
Counsel of Record