AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Buonocore, et al.

           Plaintiff(s)    )
                                  )   **APPEARANCE**

              vs.         )   CASE NUMBER   06-00727 (GK)
Great Socialist People's Libyan Arab
Jamahiriya, et al.
           Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Steven R. Perles   as counsel in this
                            (Attorney's Name)

case for:  Buonocore, et al. - All Plaintiffs
          (Name of party or parties)

January 31, 2007
Date

/s/ Steven R. Perles
Signature

Steven R. Perles
Print Name

No. 326975
BAR IDENTIFICATION

1146 19th Street, NW, Suite 500
Address

Washington, DC 20036
City      State      Zip Code

202-955-9055
Phone Number