IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF JOHN BUONOCORE III, et al. <br><br> Plaintiffs, <br><br> v. <br><br> GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al. <br><br> Defendants. | Case No. 1:06-cv-00727-GK |

**DEFENDANTS' CONSENT MOTION
FOR EXTENSION OF TIME TO FILE REPLY**

Defendants, Great Socialist People's Libyan Arab Jamahiriya, Libyan Internal Security, Libyan External Security, Mu'Ammar Al-Qadhafi, Abdallah Al-Sanusi, and Ibrahim Al-Bishari, by undersigned counsel and with the consent of Plaintiffs' counsel, hereby move pursuant to Fed. R Civ. P. Rule 6 for an extension of fourteen (14) days for Defendants to file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss on or before March 2, 2007. In support of this Motion, Defendants state as follows:

1. Defendants filed a Motion to Dismiss all claims on jurisdictional and other legal grounds in the above-captioned case on December 5, 2006. Plaintiffs filed an Opposition to Defendants' Motion to Dismiss on January 19, 2007.

2. Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss is currently due on or before February 16, 2007. However, Defendants and their counsel require additional time to investigate and respond to the arguments raised in Plaintiffs' Opposition and to investigate the statements made in Affidavits attached to Plaintiffs' Opposition. In addition, lead

counsel for Defendants will be traveling overseas on business for much of the next two weeks and will require additional time to finalize the Reply upon his return.

3. A status conference was held in this matter on January 30, 2007 at which time the Court scheduled oral argument on May 10, 2007 on Defendants' Motion in this case, as well as Defendants' Motion to Dismiss in *Certain Underwriters at Lloyd's London, et al. v. Great Socialist People's Libyan Arab Jamahiriya, et al.*, Civil Action No. 06-00731 (GK). This brief extension should not affect the scheduled date of oral argument and no party will be prejudiced by this brief extension.

4. The parties herein previously filed a Joint Motion to set a briefing schedule in this matter. This is the first request for an extension of time by Defendants to file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss.

5. The requested date of March 2, 2007 is the same date in which Defendants' Reply brief is due in *Certain Underwriters at Lloyd's London, et al. v. Great Socialist People's Libyan Arab Jamahiriya, et al.*, Civil Action No. 06-00731 (GK).

6. Undersigned counsel certifies that in accordance with Local Rule LCvR 7(m), he has consulted with Plaintiffs' counsel regarding this request for an extension and that Plaintiffs consent to the relief requested herein.

WHEREFORE, Defendants request that the Court grant their Consent Motion for a fourteen (14) day extension for Defendants to file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss on or before March 2, 2007.

>Respectfully, Submitted,
>
>**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
>
>By: _____*Mark A. Johnston*_____
>Thomas J. Whalen, Esq. (Bar No. 208512)
>Mark A. Johnston, Esq. (Bar No. 455764)
>1747 Pennsylvania Ave., N.W.,
>Twelfth Floor
>Washington, D.C. 20006
>(202) 659-6600
>
>Wendy West Feinstein, Esq. (Pa ID No. 86698)
>*Admitted Pro Hac Vice*
>600 Grant Street
>44th Floor
>Pittsburgh, PA 15219
>(412) 566-6000
>
>Counsel for Defendants, Great Socialist People's Libyan Arab Jamahiriya, Libyan Internal Security, Libyan External Security, Mu'Ammar Al-Qadhafi, Abdallah Al-Sanusi, and Ibrahim Al-Bishari

Dated: February 5, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Consent Motion for Extension of Time to File Reply** was electronically filed and served, this 5th day of February, 2007, to:

Richard D. Heideman
Tracy Reichman Kalik
Heideman Nudelman & Kalik, P.C.
1146 19th Street, NW
5th Floor
Washington, DC 20036

Steven R. Perles
Perles Law Firm, PC
1146 19th Street
5th Floor
Washington, DC 20036

                              *Mark A. Johnston*
                              Mark A. Johnston