IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF JOHN BUONOCORE III, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GREAT SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, et al. )<br>)<br>Defendants. ) | Case No. 1:06-cv-00727-GK |

## ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time to File Reply, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of February 2007,

ORDERED, that Defendants' Consent Motion is GRANTED and that the Defendants have until March 2, 2007 to file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss.

_____
Judge Gladys Kessler
U.S. District Court for the District of Columbia