# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
_____
                                    )
Estate of John Buonocore III, et al., )
                                    )
              Plaintiffs,           )
                                    )
   v.                               )   Civil Action No. 06-00727 (GK)
                                    )
Great Socialist People's Libyan     )
Arab Jamahiriya, et al.,            )
                                    )
              Defendants.           )
_____)
```

### PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

COME NOW the Plaintiffs, by and through counsel, and hereby file this Motion for Leave to File a Sur-Reply to the Reply filed by the Defendants, Socialist People's Libyan Arab Jamahiriya, the Libyan Internal Security Organization, the Libyan External Security Organization, Mu'ammar al-Qadhafi, Major Abdallah al-Sanusi, and Ibrahaim al-Bishari (hereinafter collectively referred to as "Defendants" or "Libya") To Plaintiffs' Opposition To Defendants' Motion To Dismiss. In support of this Motion, Plaintiffs submit the attached Memorandum of Law with Points and Authorities along with the proposed Sur-Reply attached hereto as Exhibit A and a tendered Order granting Plaintiffs leave to file.

In accordance with this Court's local rules, Plaintiffs' counsel sought the consent of Defendants' counsel to the relief sought. Defendants' counsel advised that the

Defendants do not consent to this Court granting leave to file a Sur-Reply, but they will not oppose Plaintiffs' Motion for Leave.

WHEREFORE for the reasons set forth herein and in Plaintiffs' Memorandum in support of this Motion, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the Sur-Reply attached hereto as Exhibit A.

Dated: March 23, 2007            Respectfully submitted,

HEIDEMAN NUDELMAN & KALIK, P.C.
1146 19th Street, N.W., Fifth Floor
Washington, DC  20036
Telephone: 202.463.1818
Telefax:  202.463.2999
Email: trkalik@hnklaw.com

By: _/s/ Tracy Reichman Kalik_____
    Richard D. Heideman (No. 377462)
    Noel J. Nudelman (No. 449969)
    Tracy Reichman Kalik (No. 462055)

Steven R. Perles (No. 326975)
Edward MacAllister   (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, Fifth Floor
Washington, DC 20036
Telephone: 202-955-9055
Facsimile:     202-955-3806

*Of Counsel for Plaintiffs:*

F. R. Jenkins (Virginia Bar No. 36302)
MERIDIAN 361 INTERNATIONAL LAW GROUP, PLLC
Room 146
Temple Chambers, Temple Avenue
London EC4Y 0DA
United Kingdom
Telephone: + 1-866-338-7087
Telefax: + 1-800-214-1494

**CERTIFICATE OF SERVICE**

   I hereby certify that on this the 23rd day of March, 2007, I caused the above Motion for Leave to File a Sur-Reply To Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss to be electronically filed and served on the following counsel for the Defendants:

 Thomas J. Whalen, Esq.
 Mark A. Johnston, Esq.
 Eckert Seamons Cherin & Mellott, LLC
 747 Pennsylvania Ave, NW
 Twelfth Floor
 Washington, DC  20006

 Wendy West Feinstein, Esq.
 Eckert Seamons Cherin & Mellott, LLC
 600 Grant Street, 44th Floor
 Pittsburgh, PA  15219

             *Tracy Reichman Kalik, Esq.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
Estate of John Buonocore III, *et al.*,    )
                                    )
                Plaintiffs,         )
                                    )
        v.                          )    Civil Action No. 06-00727 (GK)
                                    )
Great Socialist People's Libyan     )
Arab Jamahiriya, *et al.*,          )
                                    )
                Defendants.         )
_____)

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY
TO DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

On March 16, 2007, Defendants the Socialist People's Libyan Arab Jamahiriya, the Libyan Internal Security Organization, the Libyan External Security Organization, Mu'ammar al-Qadhdhafi, Major Abdallah al-Sanusi, and Ibrahaim al-Bishari (hereinafter collectively referred to as "Defendants" or "Libya") filed a Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss. In its Reply, Libya for the first time (1) challenged the propriety of the Plaintiffs' ability to substitute the Estate of Defendant Ibrahaim al-Bishari for the deceased Ibrahaim al-Bishari, and (2) indicated to the Court that there is no support in this Circuit for the proposition that the FSIA tolls the 10-year statute of limitations for cases brought pursuant to the state-sponsored terrorism exception to foreign sovereign immunity. Accordingly, Plaintiffs respectfully request leave of Court to file a Sur-Reply so that Plaintiffs may briefly respond to Libya's newly raised arguments.

1

When a moving party raises arguments for the first time in its reply to the non-moving party's opposition, "the court will either ignore those arguments in resolving the motion or provide the non-movant an opportunity to respond to those arguments by granting leave to file a sur-reply." *Flynn v. Veazey Construction Corp.*, 310 F.Supp.2d 186, 189 (D.D.C. 2004). These alternatives ensure that the non-moving party will not be denied the ability to dispute new matters presented to the court, a situation that would be "manifestly unfair." *Herbert v. Nat'l Acad. Of Scis.*, 974 F.2d 192, 195 (D.C. Cir. 1992); *Flynn*, 310 F. Supp. 2d at 190. Accordingly, if a party's reply brief presents a novel issue, district courts will "routinely" grant leave to file a sur-reply. *Ben-Kotel v. Howard University*, 319 F.3d 532, 536 (D.C. Cir. 2003); *see, e.g., Wyoming Outdoor Council v. Bosworth*, 284 F.Supp.2d 81, 87 n.7 (granting leave even though the court found it "debatable whether the defendants raised new issues in their reply"), *GFL Advantage Fund, Ltd. v. Colkitt*, 216 F.R.D. 189, 197 (D.D.C. 2003) (granting leave despite the absence of new arguments in the reply brief).

Here, although the Defendants raised the general issues regarding the statute of limitations and the propriety of proceeding against Ibrahaim Al-Bishari as a Defendant in their Motion to Dismiss, the Defendants raised new arguments regarding these issues for the first time in their Reply. Specifically, although Libya previously challenged the Plaintiffs' claims against Defendant Al-Bishari, it never took issue with the Plaintiffs' ability to substitute Defendant al-Bishari's estate. In addition, although Libya argued that the doctrine of equitable estoppel should not apply to the Plaintiffs' claims, it never discussed this Circuit's interpretation of the applicable statute of limitations provision in

2

§ 1605(f) of the FSIA. Plaintiffs will be unfairly prejudiced should they be denied the ability to respond to the new arguments Libya has presented.

WHEREFORE for the reasons set forth herein, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the Sur-Reply attached hereto as Exhibit A.

Dated: March 23, 2007         Respectfully submitted,

HEIDEMAN NUDELMAN & KALIK, P.C.
1146 19th Street, N.W., Fifth Floor
Washington, DC  20036
Telephone: 202.463.1818
Telefax: 202.463.2999
Email: trkalik@hnklaw.com

By: _/s/ Tracy Reichman Kalik_____
    Richard D. Heideman (No. 377462)
    Noel J. Nudelman (No. 449969)
    Tracy Reichman Kalik (No. 462055)

Steven R. Perles (No. 326975)
Edward MacAllister   (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, Fifth Floor
Washington, DC 20036
Telephone: 202-955-9055
Facsimile:    202-955-3806

*Of Counsel for Plaintiffs:*

F. R. Jenkins (Virginia Bar No. 36302)
MERIDIAN 361 INTERNATIONAL LAW GROUP, PLLC
Room 146
Temple Chambers, Temple Avenue
London EC4Y 0DA
United Kingdom
Telephone: + 1-866-338-7087
Telefax: + 1-800-214-1494

3