UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
**Certain Underwriters at**         :
**Lloyds of London, et al.**        :
                                    :
         **Plaintiffs,**             :
                                    :
     **v.**                          :  Civil Action No. 06-0731(GK)
                                    :
**Great Socialist People's**        :
**Libyan Arab Jamahiriya**          :
**et al.**                          :
                                    :
         **Defendants.**             :
_____:
                                    :
**Estate of John Buonocore III,**   :
**et al.**                          :
                                    :
         **Plaintiffs,**             :
                                    :
     **v.**                          :  Civil Action No. 06-0727(GK)
                                    :
**Great Socialist People's**        :
**Libyan Arab Jamahiriya**          :
**et al.**                          :
                                    :
         **Defendants.**             :
_____:

**ORDER**

These unrelated cases are both currently scheduled for a motions hearing on May 10, 2007 at 10:00 a.m.[1]  Defendants in Certain Underwriters at Lloyds of London v. Great Socialist Peoples Libyan Arab Jamahiriya, 06-731, have filed a Motion for Separate

---

[1] The cases are technically unrelated and arise from distinct factual bases, but they involve common legal issues raised by identical Defendants.  Additionally, counsel are the same in both matters.

Oral Argument [#41].  Based on the Motion, Response, the Court's calendar, and judicial economy, it is hereby

**ORDERED** that Defendants' Motion [#41] is **granted in part**; separate oral arguments shall be heard in each case.  The parties shall have no more than thirty minutes each, in each case, to present their respective arguments, and each party may have an additional five minutes for rebuttal (i.e., the total time allotted for both cases is two hours, twenty minutes); and it is further

**ORDERED** that the hearings are postponed until May 17, 2007 at 10:00 a.m.  If May 17, 2007 at 10:00 a.m. is inconvenient for counsel, they may file a Motion for Continuance with the Court, including dates and times that are more convenient for all parties; and it is further

**ORDERED** the Court will hear arguments in both cases on the same date, and will first hear arguments in <u>Estate of John Buonocore III v. Great Socialist Peoples Libyan Arab Jamahiriya</u>, 06-727.

May 1, 2007

/s/
Gladys Kessler
U.S. District Judge

<u>**Copies to**</u>:  **attorneys of record via ECF**