# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                        )
Estate of John Buonocore III, *et al.*, )
                                        )
                         Plaintiffs,    )
                                        )
             v.                         )        Civil Action No. 06-00727 (GK)
                                        )
Great Socialist People's Libyan         )
Arab Jamahiriya, *et al.*,              )
                                        )
                         Defendants.    )
_____)

## PLAINTIFFS' MOTION FOR LEAVE TO FILE

COME NOW the Plaintiffs, by and through counsel, and hereby file this Motion for Leave to File a Supplemental Brief. In support of this Motion, Plaintiffs submit the attached Memorandum of Law with Points and Authorities along with the proposed Supplemental Brief attached hereto as Exhibit A and a tendered Order granting Plaintiffs leave to file.

In accordance with this Court's local rules, Plaintiffs' counsel sought the consent of Defendants' counsel to the relief sought. Defendants' counsel advised that the Defendants do not consent to this Court granting leave to file a Supplemental Brief but will not oppose it, provided that should the Court grant Plaintiff's motion for leave, Defendants will be permitted a reasonable opportunity to respond to Plaintiff's Supplemental Brief.

Dated July 2, 2007                  Respectfully submitted,

                                    HEIDEMAN NUDELMAN & KALIK, P.C.
                                    1146 19th Street, N.W., Fifth Floor
                                    Washington, DC  20036
                                    Telephone:  202.463.1818
                                    Telefax:  202.463.2999
                                    Email: trkalik@hnklaw.com

                                    By:  _/s/Richard D. Heideman_____

                                       _/s/ Tracy Reichman Kalik_____
                                       Richard D. Heideman (No. 377462)
                                       Noel J. Nudelman (No. 449969)
                                       Tracy Reichman Kalik (No. 462055)

                                    Steven R. Perles (No. 326975)
                                    Edward MacAllister   (No. 494558)
                                    THE PERLES LAW FIRM, PC
                                    1146 19th Street, NW, Fifth Floor
                                    Washington, DC 20036
                                    Telephone: 202-955-9055
                                    Facsimile:     202-955-3806

                                    *Of Counsel for Plaintiffs:*

                                    F. R. Jenkins (Virginia Bar No. 36302)
                                    MERIDIAN 361 INTERNATIONAL LAW
                                    GROUP, PLLC
                                    Temple Court Chambers
                                    New Court
                                    Temple
                                    London EC4Y 9BE
                                    United Kingdom
                                    + 1-866-338-7087
                                           + 1-202-315-3894

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of July, 2007, I caused the above Motion for Leave to File a Supplemental Brief to be electronically filed and served on the following counsel for the Defendants:

Thomas J. Whalen, Esq.
Mark A. Johnston, Esq.
Eckert Seamons Cherin & Mellott, LLC
747 Pennsylvania Ave, NW
Twelfth Floor
Washington, DC 20006

Wendy West Feinstein, Esq.
Eckert Seamons Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

*Tracy Reichman Kalik, Esq.*