# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Estate of John Buonocore III, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-00727 (GK) |
| ) | |
| Great Socialist People's Libyan ) | |
| Arab Jamahiriya, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF

On June 12, 2007, the Court heard the oral argument regarding Defendants' Motion to Dismiss. During the argument, the Court asked Plaintiffs why they did not file until April 21, 2006, or in other words, assuming the correctness and applicability of Vine v. Republic of Iraq, why the statute of limitations should be equitably tolled for Plaintiffs. Accordingly, Plaintiffs respectfully request leave of Court to file a supplemental brief so that Plaintiffs may, in addition to the arguments set forth in their brief in Oppositions and at Oral Argument held on this matter, briefly supplement the record and further respond to the Court's query.

It is within the District Court's discretion to allow post-argument supplemental briefs. "[A] statement in a legal memorandum submitted in opposition to a motion for summary judgment may be weighed by the finder of facts along with any subsequent modification or revocation of that statement." Jones v. Washington Metro. Area Transit Auth., 946 F. Supp. 1011, 1016 (D.D.C. 1996) (on other grounds affirmed in part,

1

vacated in part by Jones v. Washington Metro. Area Transit Auth., 205 F.3d 428 (D.C. Cir. 2000)); DynCorp v. Ocean Marine Navigation Co., 2000 U.S. Dist. LEXIS 16899 at *31-32 (D.D.C. 2000); Northwest Mining Ass'n v. Babbitt, 5 F. Supp. 2d 9, 16 n.5 (D.D.C. 1998); Berman v. DePetrillo, 1997 U.S. Dist. LEXIS 3966 at *1 n.1 (D.D.C. 1997); Public Citizen Health Research Group v. FDA, 964 F. Supp. 413, 414 (D.D.C. 1997). Importantly, there is a general preference for resolving cases on the merits. Yesudian ex rel. United States v. Howard Univ., 270 F.3d 969, 971 (D.C. Cir. 2001). The Court is better enabled to make such a decision when it has more information before it.

WHEREFORE, for the reasons set forth herein, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the Supplemental Brief attached hereto as Exhibit A.

Dated July 2, 2007                    Respectfully submitted,

HEIDEMAN NUDELMAN & KALIK, P.C.
1146 19th Street, N.W., Fifth Floor
Washington, DC  20036
Telephone:  202.463.1818
Telefax:  202.463.2999
Email: trkalik@hnklaw.com

By:  _/s/Richard D. Heideman_____

 _/s/ Tracy Reichman Kalik_____
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Tracy Reichman Kalik (No. 462055)

Steven R. Perles (No. 326975)
Edward MacAllister   (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, Fifth Floor
Washington, DC 20036

Telephone: 202-955-9055
Facsimile:    202-955-3806

*Of Counsel for Plaintiffs:*

F. R. Jenkins (Virginia Bar No. 36302)
MERIDIAN 361 INTERNATIONAL LAW
GROUP, PLLC
Temple Court Chambers
New Court
Temple
London EC4Y 9BE
United Kingdom
<u>Telephone: + 1-866-338-7087</u>
<u>Facsimile: + 1-202-315-3894</u>

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 2nd day of July, 2007, I caused the above Motion for Leave to File a Supplemental Brief to be electronically filed and served on the following counsel for the Defendants:

Thomas J. Whalen, Esq.
Mark A. Johnston, Esq.
Eckert Seamons Cherin & Mellott, LLC
747 Pennsylvania Ave, NW
Twelfth Floor
Washington, DC  20006

Wendy West Feinstein, Esq.
Eckert Seamons Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219

                                                                          *Tracy Reichman Kalik, Esq.*