# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Estate of John Buonocore III, *et al.*,

        Plaintiffs,

v.    Civil Action No. 06-00727 (GK)

Great Socialist People's Libyan Arab Jamahiriya, *et al.*,

        Defendants.

## ORDER

The Court having considered Plaintiffs' Motion for Leave to File, and no Opposition having been filed, and the Court having been sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs' Motion be, and hereby is, **GRANTED**.

It is hereby **ORDERED** that the attached Plaintiff's Supplemental Memorandum shall be deemed **FILED**.

Defendants shall have until the _____ day of July 2007 to file any Response to said Supplemental Memorandum

**IT IS SO ORDERED** on this the ____ day of _____, 2007.

_____
Hon. Gladys Kessler
United States District Judge