UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
**ESTATE OF JOHN BUONOCORE III**, )
**et al**.,                            )
                                              )
                 Plaintiffs,    )
                                              )
    v.                                     )          Civil Action No. 06-727 (GK)
                                              )
**GREAT SOCIALIST PEOPLE'S**   )
**LIBYAN ARAB JAMAHIRIYA**,     )
**et al**.,                            )
                                              )
                 Defendants.    )
_____)

## ORDER

     Plaintiffs, the victims of a terrorist attack on the Rome Airport on December 27, 1985, bring personal injury and wrongful death claims against the governments of Libya and Syria, and agencies and officials of those governments. This matter is before the Court on a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(5) and 12(b)(6) by Defendants Libya, Libyan Internal Security, Libyan External Security, Mu'ammar al-Qadhafi, Abdallah al-Sanusi, and Ibrahim al-Bishari. Upon consideration of the Motion, Opposition, Reply, Surreply, the parties' arguments at the motions hearing held before the Court on June 12, 2007, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

     **ORDERED** that Defendants' Motion to Dismiss [**Dkt. No. 17**] is **granted**; it is further

**ORDERED** that the Complaint is **dismissed with prejudice**.

This is a final appealable Order.  See Fed. R. App. P. 4(a).

|  |  |
|---|---|
| July 9, 2007 | /s/_____<br>Gladys Kessler<br>United States District Judge |

**Copies to: Attorneys of record via ECF**