# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| Estate of John Buonocore III, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-00727 (GK) |
| ) | |
| Great Socialist People's Libyan ) | |
| Arab Jamahiriya, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that all of the Plaintiffs in the above captioned case hereby appeal to the United States Court of Appeals for the District of Columbia from the final and appealable Order of the District Court entered in this action on July 9, 2007 granting Defendants' Motion to Dismiss.

Dated: August 3, 2007    Respectfully submitted,

HEIDEMAN NUDELMAN & KALIK, P.C.
1146 19th Street, N.W., Fifth Floor
Washington, DC  20036
Telephone:  202.463.1818
Telefax:  202.463.2999
Email: trkalik@hnklaw.com

By:  */s/ Noel J. Nudelman*
    Richard D. Heideman (No. 377462)
    Noel J. Nudelman (No. 449969)
    Tracy Reichman Kalik (No. 462055)

Steven R. Perles (No. 326975)
Edward MacAllister   (No. 494558)
THE PERLES LAW FIRM, PC
1146 19th Street, NW, Fifth Floor
Washington, DC 20036
Telephone: 202-955-9055
Facsimile:     202-955-3806

*Of Counsel for Plaintiffs:*

F. R. Jenkins (Virginia Bar No. 36302)
MERIDIAN 361 INTERNATIONAL LAW GROUP, PLLC
Temple Court Chambers
New Court
Temple
London EC4Y 9BE
United Kingdom
Telephone: + 1-866-338-7087
Telefax: + 1-202-315-3894