UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
ESTATE OF JOHN BUONOCORE III,  )
et al.,                        )
                               )
           Plaintiffs,         )
                               )
    v.                         )   Civil Action No. 06-727 (GK)
                               )
GREAT SOCIALIST PEOPLE'S       )
LIBYAN ARAB JAMAHIRIYA,        )
et al.,                        )
                               )
           Defendants.         )
_____)
```

## ORDER

Upon consideration of the January 4, 2008 order of the Court of Appeals dismissing the appeal in this case for lack of jurisdiction, it is hereby

**ORDERED** that the parties shall submit praecipes by **February 15, 2008** concerning how the parties wish to proceed in light of the order of the Court of Appeals.

January 8, 2007

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**