UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Estate of John Buonocore III, *et al.*,            )
                                                 Plaintiffs,            )
                            v.            )            Civil Action No. 06-00727 (GK)

Great Socialist People's Libyan
Arab Jamahiriya, *et al.*,            )
                               Defendants.            )

ORDER

This matter having come before the Court on the Plaintiffs' Praecipe Regarding the Status of Further Proceedings Before This Court, and the Court having been sufficiently advised,

IT IS HEREBY ADJUDGED AND ORDERED on this the _____ day of February 2008,

    1. The Clerk is to return this matter to an open/active case on the Court's docket; and

    2. Plaintiffs shall have until February 22, 2008 to file their Motion for Reconsideration of this Court's July 9, 2007 Order pursuant to Fed. R. Civ. P. 54(b); Defendants shall have until March 5, 2008 to file any opposition thereto, and Plaintiffs shall have until March 12, 2008 to

1

file a Reply Brief, after which said Motion shall stand submitted to the Court for ruling thereon, subject to further Order of this Court.

3. Plaintiffs shall have until February 22, 2008 to file their Motion for Leave to File Amended Complaint with said Amended Complaint to be attached thereto; and that the Defendants shall consent to or oppose said filing within 11 days of Plaintiffs' filing, with the Plaintffs having 5 days to file a Reply thereto, after which said Motion shall stand submitted to the Court for forthwith ruling, subject to further orders of the Court.

IT IS SO ORDERED BY THE COURT on this the _____ day of February, 2008.

_____
Hon. Gladys Kessler.
United States District Court.

G:\Clients\Rome Bombing\Pleadings\Praecipe\Praecipe 020808 v1.doc