# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Estate of John Buonocore III, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-00727 (GK) |
| | ) | |
| Great Socialist People's Libyan Arab Jamahiriya, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ERRATA

COME NOW the Plaintiffs' and hereby file this Errata to correct Docket Entry 38. An error was made in the electronic filing of the of the document, such that Plaintiffs' Proposed Order was filed twice, however, the main document, Plaintiffs' Praecipe Regarding Status of Further Proceedings Before this Court was inadvertently left off the electronic filing of the document. Accordingly, Plaintiffs' file this Errata to correct the docket. Plaintiffs' will re-file their Status Report, with the Praecipe and its attachments.

February 12, 2008          Respectfully Submitted,

HEIDEMAN NUDELMAN & KALIK, PC
1146 19th Street NW, Fifth Floor
Washington, DC 2008
Telephone: 202.463.1818
Facsimile: 202.463.2999

By:  /s/Richard D. Heideman

 /s/ Tracy Reichman Kalik
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)

                Tracy Reichman Kalik (No. 462055)

                Steven R. Perles (No. 326975)
                Edward MacAllister   (No. 494558)
                THE PERLES LAW FIRM, PC
                1146 19th Street, NW, 5th Floor
                Washington, DC 20036
                Telephone: 202-955-9055
                Telefax:     202-955-3806

                *Counsel for Plaintiffs*


**CERTIFICATE OF SERVICE**

     I hereby certify that on this the 12th day of February, 2008, I caused the above Errata to be electronically filed and served on the following counsel for the Defendants:

Thomas J. Whalen, Esq.
Mark A. Johnston, Esq.
Eckert Seamons Cherin & Mellott, LLC
747 Pennsylvania Ave, NW
Twelfth Floor
Washington, DC  20006

Wendy West Feinstein, Esq.
Eckert Seamons Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219

                                        ___*Tracy Reichman Kalik, Esq.*___