IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESTATE OF JOHN BUONOCORE III, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:06-cv-00727-GK |
| GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al. | ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

Upon consideration of parties' separate Praecipes and respective requests for a briefing schedule related to any motion to reconsider and/or motion for leave to file an amended complaint filed by plaintiffs, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of February, 2008,

ORDERED, that that the parties shall adhere to the following deadlines:

| | |
|---|---|
| Deadline for plaintiffs' to file any motion to reconsider and/or motion for leave to amend the Complaint. | 2/22/08 |
| Defendants' opposition to motion to reconsider and response to motion for leave to amend Complaint due. | 3/24/08 |
| Plaintiffs' reply to any opposition due. | 4/03/08 |

_____
Judge Gladys Kessler
U.S. District Court for the District of Columbia