UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Estate of John Buonocore III, *et al.*, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Civil Action No. 06-00727 (GK) | |
| ) | | |
| Great Socialist People's Libyan ) | | |
| Arab Jamahiriya, *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |

## ORDER

This matter having come before the Court on Plaintiffs' Motion for Reconsideration of the Court's July 9, 2007 Order, and the Court having been sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs' motion is **GRANTED**. The Court hereby finds that, upon reconsideration, the Court's Order of July 9, 2007, an interlocutory decision, which dismissed Plaintiffs' claims for failing to commence this action within the applicable statute of limitations be and hereby is **VACATED AND SET ASIDE** on the basis of a controlling or significant change in the law, to wit, the enactment of the National Defense Authorization Act for Fiscal Year 2008. Pub. L. No. 110-181, § 1083, 122 Stat. 3, 338-344 (2008).

**IT IS SO ORDERED** on this the _____ day of _____, 2008.

_____
Hon. Gladys Kessler
United States District Court