UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of John Buonocore III, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-00727 (GK) |
| ) | |
| Great Socialist People's Libyan ) | |
| Arab Jamahiriya, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter having come before the Court on the Plaintiffs' Motion for Leave to File an Amended Complaint, and the Court having been sufficiently advised,

**IT IS HEREBY ADJUDGED AND ORDERED** on this the _____ day of _____ 2008, that

(1) Plaintiffs' Motion for Leave to File an Amended Complaint pursuant Pub. Law No. 110-181, Sec. 1083(c)(2)(B) is **GRANTED**;

(2) The Amended Complaint is deemed by the Court, and pursuant Pub. Law No. 110-181, Sec. 1083(c)(2)(B)(ii) to be a re-filing of Plaintiffs' claims pursuant 28 U.S.C.§ 1605A(c);

**IT IS HEREBY FURTHER ADJUDGED AND OREDERED** that the Plaintiffs are granted leave to file in their Amended Complaint additional claims on behalf of the Simpson Plaintiffs and the Additional Sweis Plaintiffs, in accordance with Pub. Law No. 110-181, Sec. 1083(c)(3).

Upon the filing of this Order, the Clerk of Court shall file said Amended Complaint attached to Plaintiffs' Motion for Leave as Exhibit B, to which the Defendants shall answer or otherwise plead in accordance with the Federal Rules of Civil Procedure.

IT IS SO ORDERED BY THE COURT on this the _____ day of _____, 2008.

_____
Hon. Gladys Kessler.
United States District Court.