**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF JOHN BUONOCORE III, et al. ) ) ) Plaintiffs, ) ) v. ) ) GREAT SOCIALIST PEOPLE'S LIBYAN ) ARAB JAMAHIRIYA, et al. ) ) Defendants. ) | Case No. 1:06-cv-00727-GK |

**DEFENDANTS' MOTION**
**FOR EXTENSION OF TIME TO FILE OPPOSITIONS**

Defendants, Great Socialist People's Libyan Arab Jamahiriya, Libyan Internal Security, Libyan External Security, Mu'Ammar Al-Qadhafi, Abdallah Al-Sanusi, and Ibrahim Al-Bishari, by undersigned counsel, hereby move pursuant to Fed. R Civ. P. Rule 6 for an extension of twenty (20) days for Defendants to file their Oppositions to Plaintiffs' Motion to Reconsider and Motion for Leave to File an Amended Complaint, on or before March 24, 2008.  In support of this Motion, Defendants state as follows:

1.     This Court granted the Libyan Defendants' Motion to Dismiss in an Order and Memorandum Opinion entered on July 9, 2007.

2.     Plaintiffs filed a Notice of Appeal on August 3, 2008.

3.     The U.S. Court of Appeals dismissed plaintiffs appeal for lack of subject matter jurisdiction on January 4, 2008.

4.     On January 8, 2008, this Court issued an Order requesting that the parties file statements concerning how the parties wish to proceed in light of the dismissal of the appeal.

5.  On February 12, 2008, plaintiffs filed their Praecipe Regarding Status of Further Proceedings before this Court. In their filing, plaintiffs requested that the Court issue an Order returning this matter to active status. Plaintiffs indicated that they intend to file a motion to reconsider pursuant to Rule 54(b) of the Federal Rules of Civil Procedure with respect to the Court's July 9, 2007 Order and Memorandum Opinion, as well as a motion for leave to file an amended Complaint. In addition, plaintiffs requested that the Court issue a briefing schedule in connection with their motions. Plaintiffs proposed that the Court enter an Order whereby plaintiffs' motion to reconsider were due by February 22, 2008; defendants' opposition would be due by March 5, 2008; and plaintiffs' reply would be due by March 12, 2008.

6.  On February 15, 2008, defendants filed their Praecipe addressing the status of this matter. In that Praecipe, defendants requested approximately thirty (30) days until March 24, 2008 to file their opposition to any motion to reconsider and/or motion for leave to file an amended Complaint filed by plaintiffs. Defendants submitted a proposed Order with a briefing schedule reflecting defendants' request.

7.  To date, the Court has not ruled on the proposed Orders submitted by the plaintiffs in connection with their Praecipe, nor has the Court returned this matter to active status on the Court's docket. Notwithstanding, plaintiffs filed their Motion to Reconsider and Motion for Leave to File an Amended Complaint on February 22, 2008.

8.  Leaving aside the question whether plaintiffs' filing of their Motions was proper in the absence of an Order from the Court returning this case to active status and a briefing schedule issued by the Court, defendants' Oppositions would be due on or before March 4, 2008. As stated in defendants' Praecipe, counsel for defendants require additional time to review the

revised legislation[1], which is the principal grounds upon which each of plaintiffs' motions are filed, and determine whether this case is affected by the legislation, and if so, whether the retroactive application of the revised statute is proper with respect to the case before this Court in its current posture.  Given the complex issues concerning the legislation (which was introduced in Congress shortly after the Court's decision in this case), as well as the apparent change in the governing statute from the former 28 U.S. C. § 1605(a)(7) to the new 28 U.S. C. § 1605A (both procedurally and substantively) defendants request an additional twenty (20) days until March 24, 2008 to file their Oppositions to plaintiffs' motion to reconsider.

9. This is the first request for an extension of time by Defendants to file their Oppositions to Plaintiffs' Motion to Reconsider and Motion for Leave to File an Amended Complaint.  Plaintiffs have requested that the Court rule on plaintiffs' Motions on an expedited basis.  However, the issues presented in plaintiffs' Motions are complex.  Defendants should be afforded ample opportunity to fully brief these issues, so that the Court may carefully consider the arguments before it.  In addition, as they have stated in their Motions, plaintiffs intend to file new actions pursuant to 28 U.S.C. § 1605A should the Court not rule on an expedited basis. Therefore, the granting of defendants' request for a brief extension will not prejudice any party herein

10. Undersigned counsel certifies that in accordance with Local Rule LCvR 7(m), he has consulted with Plaintiffs' counsel regarding this request for an extension and that Plaintiffs do not consent to the relief requested herein.

WHEREFORE, Defendants request that the Court grant their Motion for an extension of twenty (20) days for Defendants to file their Oppositions to Plaintiffs' Motion to Reconsider and Motion for Leave to File an Amended Complaint, on or before March 24, 2008.

---

[1] *See* Pub. Law No. 110-181, § 1083, Terrorism Exception to Immunity (Exhibit A to Plaintiffs' Praecipe).

                        Respectfully, Submitted,

                        **ECKERT SEAMANS CHERIN**
                            **& MELLOTT, LLC**

By:      *Mark A. Johnston*
          Thomas J. Whalen, Esq. (Bar No. 208512)
          Mark A. Johnston, Esq. (Bar No. 455764)
          1747 Pennsylvania Ave., N.W.,
          Twelfth Floor
          Washington, D.C. 20006
          (202) 659-6600
          twhalen@eckertseamans.com
          mjohnston@eckertseamans.com

          Wendy West Feinstein, Esq. (Pa ID No. 86698)
          *Admitted Pro Hac Vice*
          600 Grant Street
          44th Floor
          Pittsburgh, PA  15219
          (412) 566-6000
          wfeinstein@eckertseamans.com

          Counsel for Defendants, Great Socialist People's
           Libyan Arab Jamahiriya, Libyan Internal
           Security, Libyan External Security, Mu'Ammar
           Al-Qadhafi, Abdallah Al-Sanusi, and Ibrahim
           Al-Bishari

Dated:  February 28, 2008

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing **Motion for Extension of Time to File Oppositions** was electronically filed and served, this 28th day of February, 2008, to:

>Richard D. Heideman
>Noel J. Nudelman
>Tracy Reichman Kalik
>Heideman Nudelman & Kalik, P.C.
>1146 19th Street, NW
>5th Floor
>Washington, DC 20036
>
>Steven R. Perles
>PERLES LAW FIRM, P.C.
>1146 19th Street, NW
>5th Floor
>Washington, DC 20036

                                *Mark A. Johnston*
                                Mark A. Johnston