IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF JOHN BUONOCORE III, et al. ) ) ) Plaintiffs, ) ) v. ) ) GREAT SOCIALIST PEOPLE'S LIBYAN ) ARAB JAMAHIRIYA, et al. ) ) Defendants. ) | Case No. 1:06-cv-00727-GK |

## ORDER

Upon consideration of Defendants' Motion for Extension of Time to File Oppositions, any opposition thereto, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of February 2008,

ORDERED, that Defendants' Motion is GRANTED and that the Defendants have until March 24, 2008 to file their Oppositions to Plaintiffs' Motion to Reconsider and Motion for Leave to File an Amended Complaint.

_____
Judge Gladys Kessler
U.S. District Court for the District of Columbia