UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

Francis Gates, et al.       :
                            :
          Plaintiffs,       :
                            :
v.                          :CIVIL ACTION NO.: 06CV-01500 (RMC)
                            :
Syrian Arab Republic, et al.:
                            :
          Defendants        :
                            :
............................:

# ORDER

Upon consideration of Plaintiffs' Motion for Leave to Proceed under Pub. Law. 110-181, Section 1083 and to Order that Further Service Pursuant to Fed. R. Civ. P. 5(A) is not Required, it is this 27th day of Feb, 2008,

**it is hereby ORDERED**, Plaintiffs' case shall proceed under 28 U.S.C. § 1605A as created by Pub. Law. 110-181, Section 1083;

**and it is further ordered** that the filing of an amended complaint is not required and that further service under Fed. R. Civ. P. 5(a)(2) is not required.

_____
Rosemary M. Collyer
**United States District Judge**

**Copies to:**

        **Counsel for Plaintiffs**

        Steven R. Perles (No. 326975)
        Edward MacAllister  (No. 494558)
        THE PERLES LAW FIRM, PC
        1146 19th Street, NW, 5th Floor
        Washington, DC 20036
        Telephone: 202-955-9055
        Telefax:     202-955-3806

        Roy Barnes (GA Bar #039000)
        John Salter (GA Bar #623325)
        The Barnes Law Group
        P.O. Box 489
        Marietta, Georgia 30061
        Telephone:     770-419-8505
        Telefax:         770-590-8958

        Gaeton L. Drexinger (GA Bar # 230310)
        Gaeton L. Drexinger, P.C.
        145 Church Street, Suite 101
        Marietta, GA 30060
        Telephone:   770-419-0445
        Telefax:        770-424-1408

        **Defendants are in default**