IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF JOHN BUONOCORE III, et al. )<br><br>Plaintiffs, )<br><br>v. )<br><br>GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al. )<br><br>Defendants. ) | Case No. 1:06-cv-00727-GK |

## ORDER

Upon consideration of Defendants' Motion for Leave to File Surreply, any opposition thereto, the record herein, and the Court being duly advised in the premises, it is, by the Court this _____ day of March 2008,

ORDERED, that Defendants' Motion is GRANTED and that the Defendants have until March 31, 2008 to file:

    a) a Surreply to plaintiffs' Reply to defendants' Opposition to Plaintiffs' Motion for Leave to File an Amended Complaint, and

    b) a Surrpely to plaintiffs' Reply to defendants' Opposition to plaintiffs' Motion for Reconsideration of Court's July 9, 2007.

_____
Judge Gladys Kessler
U.S. District Court for the District of Columbia