**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
ESTATE OF JOHN BUONOCORE III,  )
et al.,                        )
                               )
         Plaintiffs,           )
                               )
    v.                         )   Civil Action No. 06-727 (GK)
                               )
GREAT SOCIALIST PEOPLE'S       )
LIBYAN ARAB JAMAHIRIYA,        )
et al.,                        )
                               )
         Defendants.           )
_____)
```

**ORDER**

It is hereby **ORDERED** that a status conference shall be held on **April 24, 2008, at 10:15 a.m.** Five days prior to the status conference, the parties shall submit a joint praecipe concerning the following issues:

(1) Whether the newly filed action in Simpson v. Great Socialist People's Libyan Arab Jamahiriya, Case No. 08-cv-529, should be consolidated with the instant case, Case No. 06-cv-727;

(2) What if any procedural problems are created with the filing of the new complaint in No. 08-cv-529; and

(3) The present status of these two cases, including what needs to be done to move forward to trial and/or the filing of dispositive motions.


March 31, 2008                    /s/
                                  Gladys Kessler
                                  United States District Judge


**Copies to: Attorneys of record via ECF**