## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ )<br><br>Estate of John Buonocore III, *et al.*,  )<br>                                        )<br>                        Plaintiffs,     )<br>                                        )<br>        v.                              )<br>                                        )<br>Great Socialist People's Libyan         )<br>Arab Jamahiriya, *et al.*,              )<br>                                        )<br>                        Defendants.     )<br>_____) | Civil Action No. 06-00727 (GK) |

## ORDER

Upon the Expedited Motion of Defendants for an Extension of Time to File and

Plaintiffs' Opposition thereto, the Court this _____ day of _____, 2008,

   it is hereby **ORDERED,** that the Motion is denied.


_____
**UNITED STATES DISTRICT JUDGE**