UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
ESTATE OF JOHN BUONOCORE III, )
et al.,                       )
                              )
        Plaintiffs,           )
                              )
    v.                        )    Civil Action No. 06-727 (GK)
                              )
GREAT SOCIALIST PEOPLE'S      )
LIBYAN ARAB JAMAHIRIYA,       )
et al.,                       )
                              )
        Defendants.           )
_____)
```

**ORDER**

Upon consideration of Plaintiffs' filing of an Amended Complaint [Dkt. No. 53], it is hereby

**ORDERED** that Plaintiffs' Motion for Reconsideration [**Dkt. No. 43**] of the Court's July 9, 2007 Order dismissing the initial Complaint is **denied without prejudice.** Any arguments raised by the parties in their briefing of the Motion for Reconsideration, which remain applicable to the Amended Complaint, may be raised in the briefing of any future dispositive motions.

April 14, 2008                         /s/_____
                                       Gladys Kessler
                                       United States District Judge

**Copies to: Attorneys of record via ECF**