UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Estate of John Buonocore III, *et al.*,   )   )   Plaintiffs,   )   )   v.   )   )   Great Socialist People's Libyan   )   Arab Jamahiriya, *et al.*,   )   )   Defendants.   ) | Civil Action No. 06-00727 (GK) |

**NOTICE PURSUANT TO 28 U.S.C. § 1605A(g) OF
PENDING ACTION AND OF LIEN OF LIS PENDENS**

Notice is herewith given pursuant to 28 U.S.C. § 1605A(g) on behalf of Plaintiffs The Estate of John Buonocore, III, Cecil Buonocore, John Buonocore, II, Todd Buonocore, Salvatore Ferrigno, Nancy Gage, The Estate of Don Maland, Ellen Maland, Jane Maland, Mark Maland, The Estate of Einar Maland, The Estate of Grace Maland, Tim Maland, The Estate of Charles Shinn, The Estate of Jeanne Shinn, Jeanette Sweis, The Estate of Michael Sweis, The Estate of Aida Sweis, Sayel Sweis, Saeid Sweis, Juliet Sweis, The Estate of Elena Tommarello, Armando Pepenella, Bruno Pepenella, Francesco Zerilli, The Estate of Natasha Simpson, Victor Simpson, Daniella Simpson and Michael Simpson, of the assertion of a lien of *lis pendens* as to all real property or tangible personal property, subject to attachment in aid of execution or execution, under 28 U.S.C. § 1610, which is located in the United States Judicial District in which this Notice is filed and is titled in the name or names of any of the Defendants; to wit, The

Great Socialist People's Libyan Arab Jamahiriya, Libyan International Security, Libyan Internal Security, Libyan External Security, Mu'ammar al-Qadhafi, Major Abdallah al-Sanusi, Ibrahim al-Bishari, Syrian Arab Republic, Syrian Air Force Intelligence, General Muhammed Al Khuli, or titled in the name of any entity controlled by any Defendant above described.

Attached please find a copy of the First Amended Complaint pending in *Estate of John Buonocore III, et al., v. Great Socialist People's Libyan Arab Jamahiriya, et al.,* United States District Court for The District Of Columbia, Civil Action No. 06-00727 (GK).

April 24, 2008                                  Respectfully Submitted,

                                                HEIDEMAN NUDELMAN
                                                & KALIK, P.C.
                                                1146 19th Street, NW, 5th Floor
                                                Washington, DC 20036
                                                Telephone:  202-463-1818
                                                Telefax:    202-463-2999

                                                By: */s/ Richard D. Heideman*
                                                    */s/ Tracy Reichman Kalik*
                                                    Richard D. Heideman (No. 377462)
                                                    Noel J. Nudelman (No. 449969)
                                                    Tracy Reichman Kalik (No. 462055)

                                                Steven R. Perles (No. 326975)
                                                Edward MacAllister   (No. 494558)
                                                THE PERLES LAW FIRM, PC
                                                1146 19th Street, NW, 5th Floor
                                                Washington, DC 20036
                                                Telephone: 202-955-9055
                                                Telefax:    202-955-3806

                                                *Of Counsel for Plaintiffs:*

                                                F. R. Jenkins (Virginia Bar No. 36302)
                                                Meridian 361 International Law

        Group, PLLC
Temple Court Chambers
New Court
Temple
London EC4Y 9BE
United Kingdom
Tel. + 1-866-338-7087
Facsimile + 1-202-315-3894

4

## *CERTIFICATE OF SERVICE*

I hereby certify that on this 24th day of April, 2008, a copy of the foregoing was electronically sent through the United States District Court's ECF filing system, to:

>Thomas J. Whalen
>Eckert Seamans Cherin & Mellot, LLC
>1747 Pennsylvania Avenue, NW
>12th Floor
>Washington, DC 20006

>　　　__/*Tracy Reichman Kalik*____
>　　　Tracy Reichman Kalik