**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
ESTATE OF JOHN BUONOCORE III, )
et al.,                       )
                              )
        Plaintiffs,           )
                              )
    v.                        )   Civil Action No. 06-727 (GK)
                              )
GREAT SOCIALIST PEOPLE'S      )
LIBYAN ARAB JAMAHIRIYA,       )
et al.,                       )
                              )
        Defendants.           )
_____)
```

**ORDER**

Upon consideration of the representations made by the parties at the status conference held on April 24, 2008, the status reports submitted by the parties, and the entire record herein, it is hereby

**ORDERED** that this case is referred to Magistrate Judge Alan Kay for settlement purposes only; it is further

**ORDERED** that the parties shall file a joint praecipe by **July 5, 2008**; it is further

**ORDERED** that the Defendants shall file their Motion to Dismiss by **July 5, 2008**; the Plaintiffs' Opposition shall be filed by

**August 20, 2008;** and the Defendants' Reply shall be filed by **August 30, 2008.**

/s/
Gladys Kessler
United States District Judge


**Copies to: Attorneys of record via ECF**