IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF JOHN BUONOCORE III, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GREAT SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, et al. )<br>)<br>Defendants. ) | Case No. 1:06-cv-00727-GK |

## JOINT MOTION FOR AMENDED BRIEFING SCHEDULE

Plaintiffs and Defendants, Great Socialist People's Libyan Arab Jamahiriya, Libyan Internal Security, Libyan External Security, Mu'Ammar Al-Qadhafi, Abdallah Al-Sanusi, and Ibrahim Al-Bishari, by undersigned counsel, in furtherance of their July 2, 2008 Joint Praecipe to the Court, hereby move pursuant to Fed. R Civ. P. Rule 6 for an amended briefing schedule in this matter. In support of this Motion, the parties state as follows:

1. For the reasons set forth in their July 2, 2008 Joint Praecipe (attached as Exhibit A), the parties jointly move this Court to amend the current briefing schedule concerning Defendants' Motion to Dismiss the Amended Complaint so that the parties may address, and the Court may resolve, issues related to the filing of the Complaint in *Simpson v. Great Socialist People's Libyan Arab Jamahiriya*, Civil Action No. 08-529-GK, which is identical to the Amended Complaint in this matter. The parties believe that it is appropriate to resolve the issue of whether *Simpson* should be dismissed as duplicative of this action prior to the full briefing of any motion to dismiss Plaintiffs' claims on the merits.

2. Accordingly, the parties request the following amended briefing schedule in this matter:

| | |
|---|---|
| Defendants' Motion to Dismiss on Limited Issue of Duplicative Complaints and Plaintiffs' Motion to Consolidate Due | July 25, 2008 |
| Plaintiffs' Brief in Opposition Due | August 26, 2008 |
| Defendants' Reply Brief Due | September 10, 2008 |

The parties will propose a schedule for any substantive motion(s) regarding Plaintiffs' claims upon resolution of Defendants' Motion to Dismiss *Simpson* on the grounds that it is duplicative of this action.

3. Should the Court enter an Order amending the briefing schedule herein, Defendants will agree to accept service in *Simpson v. Great Socialist People's Libyan Arab Jamahiriya*, Civil Action No. 08-529-GK subject to the conditions agreed to by the parties and set forth in the Joint Praecipe.

4. The granting of this Motion will promote judicial economy and conserve the resources of both the parties and the Court.

WHEREFORE, the parties herein request that the Court grant their Joint Motion for Amended Briefing Schedule and enter an Order reflecting the agreement of the parties.

Respectfully Submitted,

**ECKERT SEAMANS CHERIN
   & MELLOTT, LLC**

By:     */s/ Mark A. Johnston*
Thomas J. Whalen, Esq. (Bar No. 208512)
Mark A. Johnston, Esq. (Bar No. 455764)
1747 Pennsylvania Ave., N.W.,
Twelfth Floor
Washington, D.C. 20006
(202) 659-6600
twhalen@eckertseamans.com
mjohnston@eckertseamans.com

Wendy West Feinstein, Esq. (Pa ID No. 86698)
*Admitted Pro Hac Vice*
600 Grant Street
44th Floor
Pittsburgh, PA 15219
(412) 566-6000
wfeinstein@eckertseamans.com

Counsel for Defendants, Great Socialist People's
   Libyan Arab Jamahiriya, Libyan Internal
   Security, Libyan External Security, Mu'Ammar
   Al-Qadhafi, Abdallah Al-Sanusi, and Ibrahim
   Al-Bishari


**HEIDEMAN NUDELMAN
   & KALIK, P.C.**

By:     */s/ Tracy Reichman Kalik*
Richard D. Heideman (Bar No. 377462)
Noel J. Nudelman (Bar No. 449969)
Tracy Reichman Kalik (Bar No. 462055)
1146 19th Street, N.W.
Fifth Floor
Washington, DC 20036
Telephone: 202-463-1818
Telefax: 202-463-2999

3

**PERLES LAW FIRM, P.C**

Steven R. Perles (Bar No. 326975)
Edward MacAllister
1146 19th Street, N.W.
Fifth Floor
Washington, DC  20036
Telephone: 202-955-9055
Telefax:     202-955-3806


**Of Counsel for Plaintiffs:**

F. R. Jenkins (Virginia Bar No. 36302)
Meridian 361 International Law
Group, PLLC
2 Dr. Johnson's Buildings
Inner Temple
London EC4Y 7AY
United Kingdom
Tel. + 1-866-338-7087
Facsimile + 1-202-315-3894

Counsel for Plaintiffs

Dated:  July 11, 2008

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing **Joint Motion for Amended Briefing Schedule** was electronically filed and served, this 11th day of July, 2008, to:

>Richard D. Heideman
>Noel J. Nudelman
>Tracy Reichman Kalik
>Heideman Nudelman & Kalik, P.C.
>1146 19th Street, NW
>5th Floor
>Washington, DC 20036
>
>Steven R. Perles
>Edward MacAllister
>PERLES LAW FIRM, P.C.
>1146 19th Street, NW
>5th Floor
>Washington, DC 20036

                                                  */s/ Mark A. Johnston*
                                                      Mark A. Johnston