IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF JOHN BUONOCORE III, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Case No. 1:06-cv-00727-GK |
| GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al. | ) ) ) ) |
| Defendants. | ) ) |
| VICTOR SIMPSON, et al. | ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Case No. 1:08-cv-00529-GK |
| GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al. | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

Upon consideration of the parties' Joint Motion for an Amended Briefing Schedule and the entire record herein, it is hereby

**ORDERED** that Defendants in *Simpson*, Case No. 08-529, will accept service of process subject to the conditions set forth in the parties' Joint Praecipe [Dkt. No. 64] filed in *Buonocore*, Case No. 06-727; it is further

**ORDERED** that Defendants shall file a Motion to Dismiss in *Simpson* directed only to the question of whether *Simpson* is duplicative of *Buonocore* by **July 25, 2008**. Any other substantive arguments are reserved for future briefing of dispositive motions; it is further

**ORDERED** that the opposition to the Motion to Dismiss shall be filed by **August 26, 2008** and the reply shall be filed by **September 10, 2008**; it is further

**ORDERED** that Plaintiffs shall file a Motion to Consolidate *Simpson* and *Buonocore* by **July 25, 2008**. The Court notes that Defendants will consent to consolidation if the Court denies Defendants' Motion to Dismiss in *Simpson*; it is further

**ORDERED** that the briefing schedule in *Buonocore* concerning the Motion to Dismiss the Amended Complaint [Dkt No. 60] is hereby suspended.

SO **ORDERED** this _____ day of July, 2008.

_____
Judge Gladys Kessler
U.S. District Court for the District of Columbia