UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ESTATE OF JOHN BUONOCORE III,** *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 06-727 (GK) |
| **GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA,** *et al.*, | : | |
| Defendants. | : | |
| **VICTOR SIMPSON,** *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 08-529 (GK) |
| **GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

Upon consideration of the parties' Joint Motion for an Amended Briefing Scheduling and the entire record herein, it is this 15th day of July, 2008, hereby

**ORDERED**, that Defendants in Simpson, Case No. 08-529, will accept service of process subject to the conditions set forth in the parties' Joint Praecipe [Dkt. #64] filed in Buonocore, Case No. 06-727; and it is further

**ORDERED**, that Defendants shall file a Motion to Dismiss in Simpson directed only to the question of whether Simpson is duplicative of Buonocore by **July 25, 2008**. Any other substantive arguments are reserved for future briefing of dispositive motions; and it is further

**ORDERED**, that the Opposition to the Motion to Dismiss shall be filed by **August 26, 2008** and the Reply filed by **September 10, 2008**, and it is further

**ORDERED**, that Plaintiffs shall file a Motion to Consolidate Simpson and Buonocore by **July 25, 2008**. The Court notes that Defendants will consent to consolidation if the Court denies Defendants' Motion to Dismiss in Simpson; and it is further

**ORDERED**, that the briefing schedule in Buonocore concerning the Motion to Dismiss the Amended Complaint [Dkt. #60] is hereby suspended.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**