**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ESTATE OF JOHN BUONOCORE III, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GREAT SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, et al. )<br>)<br>Defendants. )<br>_____) | Case No. 1:06-cv-00727-GK |
| VICTOR SIMPSON, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GREAT SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, et al. )<br>)<br>Defendants. ) | Case No. 1:08-cv-00529-GK |

**ORDER**

Having reviewed and considered Defendants, Great Socialist People's Libyan Arab Jamahiriya, Libyan Internal Security, Libyan External Security, Mu'Ammar Al-Qadhafi, Abdallah Al-Sanusi, and Ibrahim Al-Bishari's Motion to Dismiss Duplicative Complaint, and the papers filed in support thereof, Plaintiffs' papers filed in opposition thereto, and the entire record herein, it is hereby

ORDERED, that Defendants' Motion to Dismiss is GRANTED, and the Plaintiffs shall elect, no later than 15 days after the date of this Order, which of the *Simpson* or *Buonocore* actions shall proceed. Following Plaintiffs' election, the Court shall dismiss with prejudice the action that the Plaintiffs have elected for dismissal.

SO ORDERED this \_\_\_\_ day of _____, 2008

_____
Judge Gladys Kessler
U.S. District Court for the District of Columbia