# Exhibit E

Westlaw.                                                                NewsRoom

7/31/08 CONGDOCS (No Page)                                                Page 1


7/31/08 Cong. Documents (Pg. Unavail. Online)
2008 WLNR 14283660

                         Congressional Documents
            Copyright 2007 Federal Information & News Dispatch, Inc.

                              **July 31, 2008**

                       Section: U.S. Senate Documents

        BIDEN Bill to Compensate Victims of Libyan Terrorism Passes Senate

July 31, 2008

Contact: Elizabeth Alexander 202-224-5042

BIDEN Bill to Compensate Victims of Libyan Terrorism Passes Senate

Washington, DC - Legislation sponsored by Chairman of the Senate Foreign Relations
Committee Joseph R. Biden, Jr. (D-DE) to fairly compensate and resolve pending
claims by U.S. victims of Libyan terrorism passed the Senate today. The bill - the
Libyan Claims Resolution Act (S. 3370) - passed by unanimous consent and is co-
sponsored by the Committee's Ranking Member Richard Lugar (R-IN) and Senators
Frank Lautenberg (D-NJ), John Warner (R-VA), Patrick Leahy (D-VT), Carl Levin
(D-MI) and George Voinovich (R-OH).

"This legislation will help bring justice and closure to the victims of Libyan
terrorism," said Senator Joe Biden. "The families of the victims of the Pan Am 103
attack, the victims of the LaBelle disco attack and the victims of many other
heinous acts of terrorism by Libya - who have waited for decades - will now be fi-
nally and fairly compensated."

There are numerous pending claims in terrorism-related cases against Libya that
need resolution. Leading members of Congress have made clear that the U.S.-Libyan
relationship should not proceed to a closer level of cooperation unless these
cases are resolved and payments are made to U.S. victims of Libyan acts of terror-
ism. The cases include Pan Am 103, the bombing of the LaBelle disco in Berlin, at-
tacks on Egypt Air and UTA (a French airline) and the attack at the Rome Airport
in 1985. The Department of State has negotiated an agreement with Libya on a means
to resolve these cases that will allow fair compensation in cases of wrongful
death and personal injury. The compensation will be substantial, and will not in-
volve any U.S. taxpayer funds. This legislation is a necessary part of that agree-
ment.

The two cases in which there is a negotiated **settlement** (Pan Am 103 and LaBelle)
would be paid at the full amount of the **settlement** agreement. In all other cases,

          © 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

the death and physical injury cases involving U.S. nationals would receive compensation at levels comparable to those made available to Pan Am 103 and LaBelle victims and victims' families. Resolving these claims now will assure prompt payment to these victims, rather than years of litigation, and an uncertain prospect of collecting on judgments. Libya will not make payment until it is assured that claims are resolved and it will not face further action in U.S. courts, which this legislation provides. But the United States still holds the final key - the normal legal immunities in U.S. courts will not be restored to Libya until adequate funds are provided. If Libya does not fulfill its part of the bargain, nothing changes and the cases can proceed in U.S. courts.

Elizabeth Alexander

Communications Director, Office of U.S. Senator Joe Biden

elizabethalexander@biden.senate.gov

Direct: 202-224-5373

---- INDEX REFERENCES ----

NEWS SUBJECT: (Legal (1LE33); International Terrorism (1IN37); Economics & Trade (1EC26); Government (1GO80))

REGION: (North Africa (1NO44); Africa (1AF90); Mediterranean (1ME20); Arab States (1AR46); Libya (1LI91))

Language: EN

OTHER INDEXING: (BIDEN; COMMITTEE; CONGRESS; DEPARTMENT OF STATE; ELIZABETH ALEXANDER; PAN AM; SENATE; SENATE FOREIGN RELATIONS COMMITTEE JOSEPH R) (Carl Levin; Communications Director; Direct; George Voinovich; Joe Biden; John Warner; Passes Senate; Patrick Leahy; Richard Lugar)

Word Count: 572
7/31/08 CONGDOCS (No Page)
END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.