UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
Estate of John Buonocore III, *et al.*, )
                                      )
                          Plaintiffs, )
                                      )
         v.                           )   Civil Action No. 06-00727 (GK)
                                      )
Great Socialist People's Libyan       )
Arab Jamahiriya, *et al.*,            )
                                      )
                          Defendants. )
_____)
                                      )
Victor Simpson, *et al.*,             )
                                      )
                          Plaintiffs, )
                                      )
         v.                           )   Civil Action No. 08-cv-529 (GK)
                                      )
Socialist People's Libyan Arab        )
Jamahiriya, et al.                    )
                                      )
                          Defendants. )
_____)

## ORDER

This matter having come before the Court on Libyan Defendants' Motion to Dismiss Duplicative Complaint (Dkt. #67 and Dkt. #7, *Buonocore* and *Simpson* respectively) and the Court having been sufficiently advised,

IT IS HEREBY ORDERED and ADJUDGED that Defendants motions are hereby DENIED.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Consolidate the *Buonocore* and *Simpson* actions (Dkt. #6) is hereby GRANTED and these matters are

hereby consolidated for all further proceedings with the *Buonocore* matter remaining as the senior lead action.

       IT IS SO ORDERED on this the _____ day of _____, 2008.

 

_____
Hon. Gladys Kessler
United States District Court